UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SORAYA BARKER et al., | |
| Plaintiffs, | |
| vs. | CIVIL ACTION FILE |
| WBY, INC. a/k/a FOLLIES et al., | NO.: 1:18-CV-2725-MLB |
| Defendants. | |

## **DECLARATION OF SORAYA BARKER**

1. My name is Soraya Barker. I am over the age of 18, and I am competent to give this Declaration. I give this Declaration for use in support of Plaintiffs' Motion for Partial Summary Judgment in the captioned action. I have personal knowledge of the facts described herein, and they are all true and correct.

2. I have worked as an entertainer at the Follies since May of 2012. Follies is an adult entertainment club featuring nude dancing. As an entertainer at Follies, I dance for customers on stage, the floor or in VIP rooms.

3. Follies entertainers work a dayshift, midshift and/or night shift. I have worked night shifts, midshifts and dayshifts since 2012.

4. All of Follies' entertainers are subject to the same policies and

1

procedures at work. The policies and procedures applicable to entertainers at Follies has not significantly changed since 2012.

5.  Follies treats its entertainers as independent contractors. Follies uses form independent contractor agreements for entertainers. Follies' treatment of entertainers as independent contractors has not changed since 2012.

6.  Follies does not pay its entertainers wages. Follies entertainers work entirely for tips paid by Follies customers. Follies' policies and practices regarding entertainer compensation has not changed since 2012.

7.  Follies requires its entertainers to pay to work at Follies. Follies makes each entertainer pay a "house fee" each shift The amount of the "house fee" is determined by the time you arrived and departed at work. You paid a higher fee the later you arrived at work and a fee to leave early. A copy of the Schedule of house fees used by Follies is attached hereto as Exhibit 1. All of Follies entertainers are subject to the same house fee schedule. The house fees have not materially changed since 2012.

8.  Follies' entertainers were are also required to pay a minimum fee to the house mom, floormen and disc jockey each shift. The minimum amounts required to be paid the house mom, floormen and disc jockey each shift has not changed since 2012.

9. All of Follies' entertainers are subject to the same "waiting policy" at the end of each night shift. Follies requires each entertainer to wait until all customers exit the building and parking lot before any entertainer is allowed to leave the premises. Pink Pony's entertainers typically wait at least 30 minutes for Pink Pony's customers to clear the building and parking lot. Entertainers are not paid for the time spent waiting. This policy has not changed over the course of my employment at Follies.

10. Before signing this Declaration, I reviewed it, and made any changes I wished to make. I declare, pursuant to 28 U.S.C. § 1746, that the above statements are true and correct.

This 23rd day of July, 2019.

_____
SORAYA BARKER

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the attached document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record for Defendant.

DATED: __7/25__ , 2019.

                          **DUDLEY LAW LLC:**

                          */s/ Ainsworth G. Dudley*
                          AINSWORTH G. DUDLEY
                          Georgia Bar No. 231745
                          4200 Northside Pkwy NW
                          Bldg. One, Suite 200
                          Atlanta, GA 30327-3007
                          (404) 687-8205

## **CERTIFICATE OF COMPLIANCE**

This is to certify that the foregoing has been prepared using Times New Roman 14 point font and is double-spaced.

DATED: 7/25, 2019.

**DUDLEY LAW LLC:**

*/s/ Ainsworth G. Dudley*
AINSWORTH G. DUDLEY
Georgia Bar No. 231745
4200 Northside Pkwy NW
Bldg. One, Suite 200
Atlanta, GA 30327-3007
(404) 687-8205
adudleylaw@gmail.com

**EXHIBIT 1**

## FOLLIES ENTERTAINER CHARGES

| SHIFT START TIME | SHIFT STOP TIME | SHIFT CHARGES |
|---|---|---|
| 11:00 A.M. - 12:00 P.M. | 7:00 P.M. - 8:00 P.M. | $ 30.00 |
| 7:00 P.M. - 8:00 P.M. | 3:00 A.M. | $ 35.00 |
| 11:00 A.M. - 12:00 P.M. | 8:00 P.M. - 12:00 A.M. | $ 40.00 |
| 12:00 P.M. - 1:00 P.M. | 7:00 P.M. - 8:00 P.M. | $ 40.00 |
| 11:00 A.M. - 12:00 P.M. | 6:59 P.M. OR EARLIER | $ 50.00 |
| 12:00 P.M. - 1:00 P.M. | 8:00 P.M. - 12:00 A.M. | $ 50.00 |
| 1:00 P.M. - 5:00 P.M. | 12:00 A.M. | $ 50.00 |
| 7:00 P.M. - 8:00 P.M. | BEFORE 3:00 A.M. | $ 55.00 |
| 8:00 P.M. - 9:00 P.M. | 3:00 A.M. | $ 55.00 |
| 11:00 A.M. - 12:00 P.M. | 12:00 A.M. - 3:00 A.M. | $ 60.00 |
| 12:00 P.M. - 1:00 P.M. | 12:00 A.M. - 3:00 A.M. | $60.00 |
| 1:00 P.M. - 5:00 P.M. | 12:00 A.M. - 3:00 A.M. | $ 60.00 |
| 5:00 P.M. - 6:00 P.M. | 12:00 A.M. | $ 60.00 |
| 9:00 P.M. - 10:00 P.M. | 3:00 A.M. | $ 65.00 |
| 12:00 P.M. - 1:00 P.M. | 6:59 P.M. OR EARLIER | $ 70.00 |
| 1:00 P.M. - 5:00 P.M. | BEFORE 12:00 A.M. | $ 70.00 |
| 5:00 P.M. - 6:00 P.M. | 12:00 A.M. - 3:00 A.M. | $ 70.00 |
| 8:00 P.M. - 9:00 P.M. | BEFORE 3:00 A.M. | $ 75.00 |
| 5:00 P.M. - 6:00 P.M. | BEFORE 12:00 A.M. | $ 80.00 |
| 9:00 P.M. - 10:00 P.M. | BEFORE 3:00 A.M. | $ 85.00 |
| AFTER 10:00 P.M. | 3:00 A.M. | $ 85.00 |
| AFTER 10:00 P.M. | BEFORE 3:00 A.M. | $ 105.00 |

CONFIDENTIAL

WBY/HURST 000011

