# EXHIBIT A

**EXHIBIT A**

| Date | **Journigan, et al., 14-cv-00913** | **Hurst. 15-cv-03560** | **In re: WBY Bankruptcy 16-52291-jrs** | **Becton et al, 16- cv-04003** |
|---|---|---|---|---|
| Mar. 28, 2014 | Complaint filed (Dkt. 1) | | | |
| Oct. 7, 2015 | | Complaint filed (Dkt. 1) | | |
| Feb. 5, 2016 | | | WBY filed Bankruptcy (Dkt. 1) | |
| Feb. 8, 2016 | Order Administratively Terminating case based on WBY's Bankruptcy Filing[1] (Dkt 92). | | | |
| Feb. 12, 2016 | | Order Staying case due to Bankruptcy (Dkt 17). | | |
| Feb. 29, 2016 | | | Plaintiff Hurst filed Proof of Claim (Bankruptcy Claims Register ("POC") #2). | |
| May 2, 2016 | | | Journigan Claimants[2] filed Proofs of Claims (including Plaintiff Barker). (POCs #8-78). | |
| May 11, 2016 | Motion to Reopen Case (Dkt 93) | | Order Lifting Journigan & Hurst Stays, allowing cases to proceed, limited to discovery and determination on liability. (Dkt. 67) | |

---

[1] This Order allowed the parties to reopen case upon motion by either side within 30 days of resolution of the bankruptcy issue.

[2] Plaintiff Barker who was, at that time, an opt-in in the Journigan action.

**EXHIBIT A**

| Date | Col 2 | Col 3 | Col 4 | Col 5 |
|---|---|---|---|---|
| May 18, 2016 | | | Becton & 7 future Becton Plaintiffs filed Proofs of Claim. (POC #79-86). | |
| May 26, 2016 | | | 7 more Becton claimants filed Bankruptcy Proofs of Claim (POC #87-93). | |
| June 3, 2016 | | | 2 more Becton claimants filed Bankruptcy Proofs of Claim (POC #94-95). | |
| June 21, 2016 | | Order Lifting Stay (Dkt 32). | | |
| June 23, 2016 | | | 4 more Becton claimants filed Bankruptcy Proofs of Claim (POC #96-99). | |
| June, 30, 2016 | Order to Reopen Case (Dkt. 94) | | | |
| Aug. 1, 2016 | | Scheduling Order entered (Dkt 37). | | |
| Aug. 3, 2016 | | | 3 more Becton claimants filed Proofs of Claim (POC #100-102). | |
| Sept. 7-12, 2016 | | Plaintiff's Initial Disclosures & first written discovery requests (Dkt Nos. 40-45). | | |
| Sept. 15, 2016 | | | 11 more Becton claimants filed Proofs of Claim (POC #103-123). | |
| Aug. 22, 2016 | | | All but 2 Journigan claimants settle claims. (Dkt. 123) | |
| Sept. 16, 2016 | | | 2 more Becton claimants filed Proofs of Claim (POC #124-125). | |
| Oct. 24, 2016 | | Certificates of Service for Defendants' first written discovery responses. (Dkt Nos. 47-61). | | |

**EXHIBIT A**

| | | | |
|---|---|---|---|
| Oct. 26, 2016 | | | Complaint filed (Dkt. 1) |
| June 4, 2018 | | | |