# EXHIBIT B

**Statement of Services (AGD) - DUDLEY LAW, LLC. -** *Becton et al. v. WYB, Inc.*
*d/b/a* **Follies,** **United States District Court, Northern District of Georgia, 16-CV-2327-MLB
and Class C Claims,** *WBY, Inc. d/b/a Follies,* **Case No. 16-52291-JRS, U.S. Bankruptcy
Court, Northern District of Georgia**

| | | |
|---|---|---|
| 05-01-16 | Reviewed *Hurst, Payne* and *Journigan* complaints and files and reviewed bankruptcy pleadings | 3.90 |
| 05-04-16 | Conferences with Leon Jones re claims, bankruptcy, relief from stay, claims process | 2.50 |
| 05-05-16 | Conference with Van Hook re FLSA claims, bankruptcy and proof of claims | 1.50 |
| 05-07-16 | Conference with Yarbrough re FLSA claims, bankruptcy and proof of claims | 1.20 |
| 05-09-16 | Conference with Shanterria Cameron re FLSA claims, bankruptcy and proof of claims | 2.20 |
| 05-23-16 | Reviewed motion for Order authorizing the filing of Yarbrough, Cameron and Van Hook proofs of claim and tele-phone conferences with client and Jones re same | .50 |
| 05-24-16 | Conference with Noelle Green re FLSA claims, bankruptcy and proof of claims | 1.50 |
| 05-26-16 | Reviewed consent order allowing filing of proofs of claim, notice of appearance by Jones and tele-phone conference with counsel re same | .10 |
| 05-27-16 | Reviewed bankruptcy pleadings, orders and motions re automatic stay | 1.20 |
| 06-01-16 | Conference with Courtney Sacdalan re FLSA claims, bankruptcy and proof of claims | .50 |
| 06-01-16 | Conference with Rodrinna Brooks re FLSA claims, bankruptcy and proof of claims | .10 |
| 06-02-16 | Conference with Noelle Green re FLSA claims, bankruptcy and proof of claims | .50 |
| 06-02-16 | Conference with Mikki Williams | .10 |
| 06-03-16 | Reviewed motion for Order authorizing the filing of claims after bar date: Sacdalan, Williams and Brooks and tele-phone conferences with client and Jones re same | .10 |
| 06-07-16 | Conference with Toni Davis re FLSA claims, bankruptcy and proof of claims | 1.10 |
| 06-08-16 | Reviewed consent order allowing filing of proofs of claim | .10 |
| 06-27-16 | Reviewed motion to set bar date, reviewed motion authorizing notice by publication and tele-phone conference with counsel re same | .10 |
| 06-30-16 | Reviewed motion for Order authorizing the filing of claims after bar date: Saunders | |
| 06-19-16 | Conference with Jessica Saunders re FLSA claims, bankruptcy and proof of claims | .10 |
| 06-20-16 | Conference with Toni Davis re FLSA claims, bankruptcy and proof of claims | .10 |
| 06-30-16 | Reviewed motion for Order authorizing the filing of claims after bar date: Saunders | .10 |
| 07-04-16 | Conference with Courtney Sacdalan re FLSA claims, bankruptcy and proof of claims | |
| 07-11-16 | Reviewed consent order allowing filing of proofs of claim: Jessica Saunders Motion | .10 |
| 08-12-16 | Conference with Mikki Williams re bankruptcy and proofs of claim and conference with Yarbrough re FLSA claims and bankruptcy process | 1.80 |
| 08-16-16 | Conference with Cameron re claim | .50 |
| 08-24-16 | Reviewed settlement agreement and conference with Jones re same, FLSA | 1.50 |

CREDITOR
EXHIBIT
29

1

**Statement of Services (AGD) - DUDLEY LAW, LLC. - *Becton et al. v. WYB, Inc. d/b/a Follies*, United States District Court, Northern District of Georgia, 16-CV-2327-MLB and Class C Claims, *WBY, Inc. d/b/a Follies*, Case No. 16-52291-JRS, U.S. Bankruptcy Court, Northern District of Georgia**

| | | |
|---|---|---|
| | research re bankruptcy court approval and District Court approval | |
| 08-29-16 | Conference with Cydney Bell re FLSA claims, bankruptcy and proof of claims | 1.80 |
| 08-31-16 | Reviewed proofs of claim | .40 |
| 09-11-16 | Reviewed Hurst objections to settlement and tele-conference with Herrington re same, conference with Jones re objections to settlement and reviewed objections: Brooks, Cameron, Davis, Green, Sacdalan, Saunders, Van Hook, Williams, Yarbrough, reviewed settlement agreement | 3.20 |
| 09-15-16 | Reviewed Ellington and Smith proofs of claim | .50 |
| 09-16-16 | Reviewed Shafer proof of claim | .20 |
| 09-17-16 | Conference with Jones re relief from stay and reviewed motion re same | 1.10 |
| 09-28-16 | Attended hearing: motion for relief fr stay | 1.90 |
| 10-20-16 | Reviewed discllosure statement and Youngelson admissions for individual liability and tele-conferences with Jones re same | 1.70 |
| 10-22-16 | Drafted initial Complaint and summons: *Becton* Claims | 2.60 |
| 10-29-16 | Drafted amended summons: *Becton* Claims | .50 |
| 10-30-16 | Reviewed *Hurst* discovery responses and documents and file: *Becton* Claims | 4.50 |
| 10-31-16 | Reviewed disclosure statement and plan and drafted 30(b)(6) notice | .80 |
| 10-24-16 | Edited and revised initial Complaint | 1.50 |
| 11-03-16 | Reviewed correspondence re scheduling, edited final discovery to Follies and prepared correspondence to Jones re same | .50 |
| 11-03-16 | Tele-conference with Jones re objections and discovery | .20 |
| 11-08-16 | Reviewed motion to approve plan, plan and disclosure statement | 2.50 |
| 11-08-16 | Attended hearing on motion to appoint examiner | 1.20 |
| 11-11-16 | Settlement conferences with Hailey, Green, Blake, Bell, Dopoe, Talley and Williams | 4.20 |
| 11-15-16 | Conference with Brooks re discovery responses, plan, settlement and response to objection | 2.30 |
| 11-17-16 | Tele-conference with Lytle re settlement/plan and prepared correspondence to Lytle re same | .80 |
| 11-17-16 | Tele-conference with Saunders re settlement/plan and prepared correspondence to Saunders re same | .60 |
| 11-18-16 | Conference with Davis re settlement | .90 |
| 11-19-16 | Prepared discovery responses: Green, Brooks, Bell and Lytle | 5.50 |
| 11-22-16 | Settlement conference with Shante Sylvester | 1.10 |
| 11-23-16 | Conference with Jones and conferences with Jones and Danowitz re plan, objections, discovery and resolution of objections to plan and conferences with Jones re same | 3.90 |
| 10-31-16 | Reviewed *Hurst* and *Payne* District Court files to determine addresses of parties for service and revised initial summons | .50 |
| 12-07-16 | Tele-conference with Danowitz re discovery and tele-conference with Ellen re discovery | 1.20 |
| 12-07-16 | Discovery conferences with Cameron and Van Hook and Yarbrough | 3.00 |
| 12-08-16 | Conference with Davis and prepared interrogatory and request for production responses | 1.40 |

**Statement of Services (AGD) - DUDLEY LAW, LLC. - *Becton et al. v. WYB, Inc.
d/b/a Follies*, United States District Court, Northern District of Georgia, 16-CV-2327-MLB
and Class C Claims, *WBY, Inc. d/b/a Follies*, Case No. 16-52291-JRS, U.S. Bankruptcy
Court, Northern District of Georgia**

| | | |
|---|---|---|
| 12-08-16 | Tele-conference with Ellen re ballots | .10 |
| 12-08-16 | Discovery conference with Sacdalan | 1.20 |
| 12-08-16 | Discovery conference with Mikki Williams | 1.50 |
| 12-11-16 | Tele-conference with Cydney Bell re discovery responses and edited same | .90 |
| 12-12-16 | Edited Green discovery responses, tele-conference with Green re discovery responses, | .50 |
| 12-12-16 | Edited and reviewed discovery responses for Sacdalan, Williams, Yarbrough, Van Hook and Cameron, tele-conferences with clients re same and prepared correspondence to Jones re same | 3.60 |
| 12-13-16 | Discovery conferences with Schafer, Lytle, Saunders and Kang | 2.50 |
| 12-14-16 | Drafted and edited Davis discovery responses, tele-conferences with Davis re same, edited Schafer, Lytle, Saunders and Kang discovery responses | 3.20 |
| 12-16-17 | Reviewed and edited tolling agreement of claims against individuals and reviewed and amended plan | .60 |
| 12-21-16 | Attended confirmation hearing | 2.20 |
| 01-17-17 | Conference with Yarbrough and Van Hook re damages | 1.70 |
| 01-18-17 | Prepared correspondence to Danowitz re Yarbrough and Van Hook damages | .50 |
| 01-18-17 | Conference call with Jones and Danowitz re depositions, discovery, mediation and documents and preparation for same | .50 |
| 01-19-17 | Reviewed correspondence fr Danowitz re Yarbrough and Van Hook hours and wages | .10 |
| 01-20-17 | Conference with Barker re FLSA claim | 2.30 |
| 01-20-17 | Reviewed Joint Notion to Mediate and prepared correspondence to Danowitz re same, reviewed correspondence fr Jones re same | .40 |
| 01-23-17 | Conference with Brooks re damages | .90 |
| 01-23-17 | Conference with Lytle re damages | .80 |
| 02-09-17 | Tele-conference with Lara and prepared voluntary dismissal of Lara claim | .40 |
| 02-09-19 | Tele-conferences with Constangy Brooks re waiver of service, prepared waiver of service and request for waiver of service forms for Defendants and reviewed correspondence regarding same | .60 |
| 02-09-19 | Reviewed correspondence from Danowitz regarding cancellation of Youngelson and White depositions, attended deposition and recorded Youngelson and White absences, Tele-conference with Jones regarding motion to compel and discovery conference with Court and conference with Herrington | 1.10 |
| 2-09-19 | Prepared correspondence to entertainers re verifications | .30 |
| 02-16-17 | Prepared correspondence to Kang re discovery and settlement conference, Reviewed correspondence from Kang regarding same and prepared correspondence to Kang regarding same | .40 |
| 02-16-17 | Traveled to Constangy Brooks for Youngelson deposition and refused entry | 1.50 |
| 02-16-17 | Tele-conference with Jones re Follies objections | .20 |
| 02-18-17 | Reviewed *Hurst* depositions | 5.50 |
| 02-20-17 | Conference with Noelle Green regarding discovery and settlement of claim | .80 |
| 02-20-17 | Reviewed White and Youngelson Deposition Transcripts and exhibits | 3.40 |
| 02-20-17 | Conference with Lytle regarding claim | .90 |

**Statement of Services (AGD) - DUDLEY LAW, LLC. - *Becton et al. v. WYB, Inc. d/b/a Follies*, United States District Court, Northern District of Georgia, 16-CV-2327-MLB and Class C Claims, *WBY, Inc. d/b/a Follies*, Case No. 16-52291-JRS, U.S. Bankruptcy Court, Northern District of Georgia**

| | | |
|---|---|---|
| 02-20-17 | Discovery conference with Williams | 1.10 |
| 02-22-17 | Conference with Schaffer regarding claim | 1.00 |
| 02-22-17 | Conference with Cydney Bell regarding claim | .80 |
| 02-22-17 | Conference with Kang regarding discovery and settlement | 1.20 |
| 02-23-17 | Tele-conference with Herrington regarding *Hurst* case | .30 |
| 02-23-17 | Reviewed correspondence regarding scheduling mediation and conference with Green re discovery | .20 |
| 02-23-17 | Prepared discovery dispute letter regarding verifications and tax returns and reviewed Follies responses to discovery | 1.40 |
| 02-23-17 | Discovery conference with Toni Davis | 1.30 |
| 02-24-17 | Prepared correspondence to Saunders and Sacdalan regarding tax returns and discovery verifications and tele-conferences re the same | .30 |
| 03-01-17 | Conference with Kropp regarding supplemental discovery | .30 |
| 03-03-17 | Reviewed deposition of Schulten & Ward re Youngelson FLSA representation in 1993 | 1.50 |
| 03-06-17 | Reviewed correspondence from Kropp regarding re discovery supplementation | .10 |
| 03-21-17 | Prepared for mediation and attended mediation | 8.50 |
| 04-07-17 | Reviewed letter from Mason re extension and prepared response to same | .10 |
| 04-07-17 | Prepared correspondence to Danowitz re 30(b)(6) deposition and drafted 30(b)(6) notice | .50 |
| 04-10-17 | Tele-conferences with and prepared correspondence to Constangy Brooks re enlargement of time to file answer and reviewed pleadings regarding enlargement of time to answer | .90 |
| 04-10-17 | Reviewed correspondence from Danowitz re depositions and discovery conference and prepared correspondence re same | .30 |
| 04-10-17 | Attended status and discovery conference | 3.20 |
| 04-23-17 | Reviewed Danowitz discovery dispute letter, research re same and responded to letter | 1.50 |
| 04-24-17 | Reviewed order re Jackson Rule 2004 exam and prepared letter to Jones re same and prepared discovery dispute letter to Danowitz | .50 |
| 04-25-17 | Attended hearing to disallow Jackson claim, conference with Judge regarding protective order | 2.10 |
| 05-02-17 | Reviewed Motion to Dismiss and research regarding unlawful deductions under 29 U.S.C. § 201 et seq and regulations and case law | 5.10 |
| 05-07-17 | Drafted and edited First Amended Complaint | 1.20 |
| 05-08-17 | Revised and edited First Amended Complaint | .50 |
| 05-09-17 | Attended hearing regarding motion for offer of judgment in bankruptcy case and conference with Danowitz re same | 2.0 |
| 05-10-17 | Reviewed correspondence from Danowitz re conference call | .20 |
| 05-15-18 | Conference with Barker re claim and status | 1.10 |
| 05-18-17 | Tele-conferences with Constangy Brooks regarding extension of time to respond to Motion to Dismiss and prepared pleadings re same | .70 |
| 05-26-17 | Tele-conferences with Constangy Brooks re extension of time to respond to First Amended Complaint and reviewed pleadings re same | .40 |

**Statement of Services (AGD) - DUDLEY LAW, LLC. -** *Becton et al. v. WYB, Inc.*
*d/b/a Follies,* **United States District Court, Northern District of Georgia, 16-CV-2327-MLB**
**and Class C Claims,** *WBY, Inc. d/b/a Follies,* **Case No. 16-52291-JRS, U.S. Bankruptcy**
**Court, Northern District of Georgia**

| | | |
|---|---|---|
| 05-30-17 | Prepared response and memo in opposition to Defendants' motion to dismiss complaint | 5.70 |
| 05-31-17 | Reviewed correspondence from Mason re Second Amended Complaint | .20 |
| 06-02-17 | Prepared correspondence to Jones re motion to dismiss | .10 |
| 05-31-17 | Revised and edited response in opposition to Defendants' motion to dismiss complaint | .30 |
| 06-09-17 | Reviewed Motion to Amend Order and Motion for extension of time to respond to First Amended Complaint and tele-conferences with counsel re same | .50 |
| 06-16-17 | Reviewed Defendants' Reply Memo to Motion to Dismiss for Failure to State a Claim | .50 |
| 06-29-17 | Prepared, edited and revised Response to Defendants' Motion to Dismiss First Amended Complaint | 2.80 |
| 06-30-17 | Tele-conferences with Clients, reviewed files and prepared Second Amended Complaint | 5.50 |
| 07-01-17 | Prepared and edited Motion to Amend First Amended Complaint | 1.80 |
| 07-15-17 | Reviewed Defendants' Reply to Response to Defendants' Motion to Dismiss First Amended Complaint | .50 |
| 07-19-17 | Reviewed Defendants' response to motion to amend First Complaint And Reviewed settlement agreement, order of confirmation and Chapter 11 Plan re third party injunction | 2.50 |
| 08-02-17 | Prepared Notice of Supplemental Authority of Pending Related Matter in the Bankruptcy Court | .30 |
| 08-02-17 | Attended status conference in bankruptcy case regarding motion to modify plan and conference with Jones re same | 1.60 |
| 09-01-17 | Status conference with Saunders | .10 |
| 09-15-17 | Tele-conference with Shafer re claims and status | .10 |
| 11-28-17 | Reviewed Motion for Order Estimating Certain Contingency or Unliquidated Claims in the Becton matter and prepared correspondence to Danowitz regarding same | 1.60 |
| 11-28-17 | Research: Reviewed Shine Declaration and summary judgment motions and exhibits in *Hurst* to determine *Becton* unlawful deductions from wages for house fees and damages for purposes of *Becton* District Court case and estimating damages in the Bankruptcy case and recalculated house fee damages based upon Follies House Fee Schedules | 5.40 |
| 11-29-17 | Research: Reviewed Wilson case for purposes of determining *Becton* unlawful deductions from wages and damages for purposes of *Becton* District Court case and estimating damages in the Bankruptcy case | .50 |
| 12-01-17 | Reviewed Youngleson's and Whites's request for production of documents to Class C Claimants, and telephone conference with Roberts re same | .30 |
| 12-01-17 | Reviewed Debtor's response to motion to dismiss chapter 11 petition | .50 |
| 12-20-17 | Attended motion to set reserve fund hearing and conferences with counsel re same | 2.50 |
| 12-20-17 | Prepared for hearing: reviewed categories and amounts of damages | 1.50 |
| 12-20-17 | Tele-conference with counsel re Follies settlement and | .50 |

**Statement of Services (AGD) - DUDLEY LAW, LLC. - *Becton et al. v. WYB, Inc. d/b/a Follies*, United States District Court, Northern District of Georgia, 16-CV-2327-MLB and Class C Claims, *WBY, Inc. d/b/a Follies*, Case No. 16-52291-JRS, U.S. Bankruptcy Court, Northern District of Georgia**

| | preparation | |
|---|---|---|
| 12-20-17 | Prepared damages spreadsheet for Class C Claimants and correspondence to Djonker re same | 1.50 |
| 12-20-17 | Tele-conference with Noelle Green re status | .30 |
| 02-14-18 | Reviewed correspondence fr Djonker re settlement, dancer damages and dancer stage names, prepared spreadsheet re same, reviewed correspondence about class D Becton Claimants' stage names and responded to same | 1.70 |
| 02-24-18 | Reviewed correspondence from Naveen re tolling agreement and prepared correspondence to Naveen re same | .50 |
| 03-23-18 | Prepared correspondence to Djonker re settlement conference and damage figures | .10 |
| 04-03-18 | Reviewed correspondence fr Djonker re settlement conference, Prepared response to Djonker correspondence re settlement conference and records, reviewed correspondence fr Djonker re settlement conference and records, prepared correspondence to Djonker re records, reviewed Jones correspondence re settlement conference, | .70 |
| 04-04-18 | Reviewed correspondence fr Djonker re settlement conference and prepared correspondence to Djonker re same | .20 |
| 04-04-18 | Tele-conference with Jones re reserve fund balance, prepared correspondence to Danowitz re reserve fund balance | .20 |
| 04-05-18 | Reviewed correspondence fr Djonker re settlement conference and prepared correspondence re same | .10 |
| 04-05-18 | Reviewed correspondence fr Danowitz re reserve fund and prepared correspondence to Danowitz re reserve fund balance | .10 |
| 04-12-18 | Reviewed file for settlement conference, prepared correspondence to Djonker re same and attended settlement conference | 3.50 |
| 04-16-18 | Prepared correspondence to Danowitz re reserve account balances, Prepared correspondence to Djonker and Mason re Follies records of hours worked and correspondence to Mason and Djonker re waitress claims | .60 |
| 04-18-18 | Reviewed correspondence fr Danowitz re reserve funds and prepared response to same | .10 |
| 04-18-18 | Prepared edited and reviewed additional damage figures | 1.50 |
| 04-18-18 | Prepared correspondence to Follies clients re updated contact information | .30 |
| 04-18-18 | Reviewed correspondence fr Danowitz re reserve fund and responded to same. | .10 |
| 04-23-18 | Tele-conference with Matt Weiss re claims and employment status, Reviewed correspondence fr Goodard re status and updated contact info, Reviewed correspondence fr Greene re status and updated contact info, Reviewed spreadsheets fr Ed | .80 |

**Statement of Services (AGD) - DUDLEY LAW, LLC. -** *Becton et al. v. WYB, Inc.*
*d/b/a Follies,* **United States District Court, Northern District of Georgia, 16-CV-2327-MLB**
**and Class C Claims,** *WBY, Inc. d/b/a Follies,* **Case No. 16-52291-JRS, U.S. Bankruptcy**
**Court, Northern District of Georgia**

| | | |
|---|---|---|
| | re class C reserve account amounts and Class D reserve account balance and prepared correspondence to Danowitz re same | |
| 04-24-18 | Reviewed correspondence fr Cameron re status and updated contact info | .10 |
| 04-24-18 | Reviewed correspondence fr van hook re status and updated contact info | .10 |
| 04-24-18 | Prepared correspondence to Djonker re Becton et al records and damage summaries and prepared correspondence to Djonker re Smith et al settlement proposal | .20 |
| 04-25-18 | Reviewed correspondence fr Mason and Djonker re records of hours worked and responded to same | .30 |
| 04-25-18 | Reviewed correspondence fr Djonker re exchange of documents and prepared correspondence to Djonker re same | .50 |
| 04-26-18 | Reviewed correspondence re tax returns and prepared correspondence to opposing counsel re same | .50 |
| 04-26-18 | Tele-conference with Brooks re status and tax returns | .10 |
| 04-27-18 | Reviewed correspondence fr Bell re revised contact information | .10 |
| 04-27-18 | Reviewed correspondence fr Bell re revised contact information | .10 |
| 04-30-18 | Reviewed correspondence fr Brooks re status | .10 |
| 04-30-18 | Reviewed settlement correspondence fr Mason and prepared response to Mason | .30 |
| 05-02-18 | Reviewed correspondence fr Mason re calculation of damages and prepared response | .50 |
| 05-02-18 | Tele-conference with Cameron re status | .20 |
| 05-03-18 | Reviewed settlement letter fr Mason, recalculated settlement figures and prepared correspondence to Mason re same | 1.50 |
| 05-03-18 | Reviewed correspondence fr Mason re house fees and responded to same | .30 |
| 05-07-18 | Reviewed letter fr Djonker re settlement conference and responded to same | .10 |
| 05-07-18 | Tele- conference with counsel settlement | .50 |

| | | |
|---|---|---|
| 05-07-18 | Reviewed settlement proposal fr Follies | .10 |
| 05-15-18 | Prepared correspondence to Barker re status | .10 |
| 05-18-18 | Reviewed correspondence fr Jones re status conference: motion to liquidate claims, motion to amend plan, motion to clarify order and motion to dismiss and prepared response to same | .20 |
| 07-18-18 | Reviewed Post confirmation quarterly report | .50 |
| 10-06-18 | Reviewed Follies Operating Report (2nd quarter) | 1.50 |
| 10-29-18 | Reviewed file and damage spreadsheets and prepared correspondence to counsel re estimation/liquidation/settlement of claims | 1.20 |

7

**Statement of Services (AGD) – DUDLEY LAW, LLC. -** *Becton et al. v. WYB, Inc.*
*d/b/a Follies,* **United States District Court, Northern District of Georgia, 16-CV-2327-MLB**
**and Class C Claims,** *WBY, Inc. d/b/a Follies,* **Case No. 16-52291-JRS, U.S. Bankruptcy**
**Court, Northern District of Georgia**

| | | |
|---|---|---|
| 10-29-18 | Reviewed file and damage spreadsheets and prepared correspondence to counsel re estimation/liquidation/settlement of claims | .10 |
| 10-29-18 | Reviewed and prepared correspondence to co-counsel re estimation/liquidation/settlement of claims | 1.20 |
| 11-14-18 | (BR)Conference call with counsel re estimation of damages and reviewed and prepared correspondence re same | 2.00 |
| 11-16-18 | (BR)Reviewed damage spreadsheets re Class D and Class C claims | .50 |
| | | |
| 12-05-18 | Prepared correspondence to DeJonker re Follies damage figures | .10 |
| 12-05-18 | Reviewed correspondence fr DeJonker re damage figures and responded to same | .10 |
| 12-10-18 | (BR)Conference call with Sacca re estimation/liquidation of claims and reviewed file in preparation for same | .50 |
| 12-11-18 | Staus conference with Barker | .50 |
| 12-11-18 | Tele-conference with Williams re status | .20 |
| 12-12-18 | Reviewed correspondence fr DeJonker and prepared correspondence to Dejonker regarding attorneys fee and reserve accounts | .20 |
| 12-13-18 | Reviewed correspondence fr DeJonker and prepared correspondence to Dejonker regarding attorneys fee and reserve accounts | .20 |
| 12-18-18 | Reviewed correspondence fr DeJonker re extension to file briefs and findings of fact, and correspondence fr the Court re extension | .20 |
| 01-07-19 | (BR)Status conference with Judge Sacca re escrow payments | .30 |
| 01-07-19 | (BR)Reviewed Complaint against City of Chamblee | 1.30 |
| 01-08-19 | Reviewed escrow payments and calculated payments that should have been made | 1.20 |
| 01-09-19 | Reviewed and edited proposed findings of fact and conclusions of law and brief and research re: FLSA settlement and compromise | 4.10 |
| 01-18-19 | Reviewed and calendared correspondence ft court re status conference: claims estimation and reserve funds | .10 |
| 01-22-19 | Revised Follies spreadsheets and records and prepared spreadsheets for Class C waitresses | 1.20 |
| 01-22-19 | Reviewed file, Reserve deposits, motions to estimate claims, calculated deficiency in payments, prepared for conference with Judge Sacca, participated in conference with Judge Sacca re estimation of claims | 1.50 |
| 01-22-19 | Tele-conferences with Mason and Jones re follies reserve funds | .20 |
| 01-23-19 | Reviewed correspondence fr Mason re class C damages and reserve and responded to same | .10 |
| 01-24-19 | Conferences with Courtney Sacdalan, K. Van Hook and Noelle Green re claims, damages, stipulations, settlement and reserve funds | 3.10 |
| 01-24-19 | Conference with Mason and Jones re Class C reserve funding | .50 |
| 01-24-19 | Reviewed correspondence and Class C waitress damages and recalculated damages and estimated reserve funds for waitresses | .50 |
| 01-24-19 | Conferences and prepared and reviewed correspondence fr and to | .30 |

**Statement of Services (AGD) - DUDLEY LAW, LLC. - *Becton et al. v. WYB, Inc.
d/b/a Follies*, United States District Court, Northern District of Georgia, 16-CV-2327-MLB
and Class C Claims, *WBY, Inc. d/b/a Follies*, Case No. 16-52291-JRS, U.S. Bankruptcy
Court, Northern District of Georgia**

| | Parsons and Flynn re Follies records | |
|---|---|---|
| 01-28-19 | Conference with Flynn, Cuesta, Parsons re Follies damages and records | .50 |
| 01-28-19 | Conferences with Ellington, Barker and Davis re claim estimation | 2.30 |
| 01-29-19 | Reviewed Hurst decision | .60 |
| 01-29-19 | Conferences with Hailey Lytle, Cydney Bell re claims, estimation, reserve funds and settlement | 3.20 |
| 02-06-19 | Prepared correspondence to Mason, Reviewed correspondence fr Djonker, Reviewed claims and damage estimations | .90 |
| 02-07-19 | Reviewed file and prepared correspondence to Danowitz re reserve payments, operating reports and Follies funds and Prepared correspondence to Mason re claims and damage estimations | .80 |
| 02-12-19 | Preparation for conference with Judge Sacca re estimation of Class C fees, reviewed operating reports and conference with Judge Sacca re same | 1.70 |
| 02-14-19 | Reviewed file, Tele-conference with Herrington re Hurst estimation of claims, Tele-Conference with Mason, Dejonker and Jones re estimation and fixing of class c claims and prepared for same Judge Sacca re estimation of Class C fees, fixing of class C claims and liability | 2.50 |
| 02-15-19 | Tele-Conference with Judge Sacca re estimation of Class C fees, fixing of class c claims and liability | .50 |
| 02-15-19 | Reviewed and edited damages: Sacdalan and Saunders and conference with Parsons re same | 1.40 |
| 02-15-19 | Reviewed summary judgment order, status report and research: collateral estoppel | 2.50 |
| 02-18-19 | Reviewed Follies spreadsheets (Class C) and conferences with JC and KP re same | .80 |
| 02-18-19 | Reviewed and edited damage spreadsheets: Saunders, Sacdalan, Schaffer and Cameron | 1.30 |
| 02-20-19 | Conference with DeJonker re Class D claims and settlement | 1.60 |
| | Status conference class C | .50 |
| 02-25-19 | Reviewed motions for interlocutory appeal and response to same, reviewed decision and research re same | 1.50 |
| 02-26-19 | Reviewed Follies damages calculations, Reviewed Sacdalan, Saunders, Barker, Cameron and Lytle discovery damage analysis and prepared proposed stipulations and letters to counsel re same, and reviewed email fr Mason re same | 4.50 |
| 02-27-19 | Reviewed correspondence from Tosh re Saunders spreadsheet, tele-conference with JC re same and prepared correspondence to Tosh re same | .30 |
| 02-27-19 | Reviewed Follies records and documents re class c claims estimation and fixing of claims | 5.50 |
| 03-04-19 | Prepared correspondence to DeJonker re scheduling order and | .50 |

**Statement of Services (AGD) - DUDLEY LAW, LLC. - *Becton et al. v. WYB, Inc.***
***d/b/a Follies*, United States District Court, Northern District of Georgia, 16-CV-2327-MLB**
**and Class C Claims, *WBY, Inc. d/b/a Follies*, Case No. 16-52291-JRS, U.S. Bankruptcy**
**Court, Northern District of Georgia**

| | | |
|---|---|---|
| | reviewed correspondence fr DeJonker re same and prepared correspondence to Mason re stipulations | |
| 03-05-19 | Reviewed and prepared correspondence fr Herrington re scheduling order and depositions | .20 |
| 03-05-19 | Reviewed proposed scheduling order, Prepared correspondence to DeJonker and Mason re depositions and reviewed correspondence fr DeJonker re stipulations, and prepared correspondence to Jones re depositions, interrogatories and requests for production | .60 |
| 03-05-19 | Prepared interrogatories, requests for production and notice of 30(b)(6) deposition(damages only) | 1.60 |
| 03-06-19 | Edited interrogatories and requests for production and reviewed Mason response to correspondence re stipulated damages for Barker, Lytle, Saunders, Cameron, Sacdalan and Schaffer | 1.50 |
| 03-06-19 | Reviewed correspondence fr Danowitz re $100,000 deposit and responded to same, Reviewed correspondence fr Rezac, Reviewed correspondence fr LP re discovery, Reviewed correspondence fr Jones and LP re notice of deposition | .60 |
| 03-07-19 | Reviewed records and discovery conference with Shanterria Cameron re trial and discovery responses | 2.50 |
| 03-07-19 | Edited scheduling order class c estimation of claims and correspondence to LJ re same | .50 |
| 03-07-19 | Reviewed proposed discovery to Follies and prepared correspondence to counsel re additions | 1.90 |
| 03-07-19 | Reviewed records and discovery conference with Jessica Saunders Cameron re trial and discovery responses | 2.50 |
| 03-07-19 | Reviewed records and discovery conference with Courtney Sacdalan re trial and discovery responses | 2.10 |
| 03-07-19 | Reviewed records and discovery conference with Samantha Schafer Cameron re trial and discovery responses | 1.80 |
| 03-08-19 | Edited and revised Notice of Deposition – Follies and First Interrogatories and requests for production to Follies and prepared correspondence to counsel re same. | 1.10 |
| 03-08-19 | Discovery and scheduling conference with counsel, Prepared Cameron discovery responses and identified objections | 2.50 |
| 03-09-19 | Prepared correspondence to Mason re stipulations and Jones regarding objections. | .20 |
| 03-11-19 | Prepared stipulation – Lytle estimation of claims | .50 |
| 03-11-19 | Discovery conferences with Bell, Van Hook, Davis and Yarbrough | 4.50 |
| 03-11-19 | Reviewed correspondence fr Jones re discovery objections and responded to same | .10 |
| 03-13-19 | Discovery conferences with Brooks | 1.50 |
| 03-13-19 | Reviewed file and Prepared correspondence to counsel re estimation of claims, discovery, scheduling order, stipulations and objections | .30 |
| 03-13-19 | Reviewed correspondence fr Djonker and Prepared correspondence to | .10 |

10

**Statement of Services (AGD) - DUDLEY LAW, LLC. - *Becton et al. v. WYB, Inc. d/b/a Follies*, United States District Court, Northern District of Georgia, 16-CV-2327-MLB and Class C Claims, *WBY, Inc. d/b/a Follies*, Case No. 16-52291-JRS, U.S. Bankruptcy Court, Northern District of Georgia**

|  |  |  |
|---|---|---|
|  | same re conference re estimation of claims, discovery, scheduling order, stipulations and objections |  |
| 03-13-19 | Prepared proposed requests for admission to Debtor | 4.20 |
| 03-13-19 | Conference with counsel re estimation of claims, discovery, scheduling order, stipulations and objections | .50 |
| 03-14-19 | Prepared and edited First Requests for admission | 3.50 |
| 03-14-19 | Reviewed and edited proposed scheduling order | .50 |
| 03-15-19 | Research: privilege log, attorney-client communications and waiver of same | 2.50 |
| 03-15-19 | Discovery conference with counsel re objections, meet and confer conference and prepared correspondence to Djonker and Mason re meet and confer | 1.20 |
| 03-15-19 | Discovery conference: Kang and Green | 2.50 |
| 03-18-19 | Discovery conference: Barker | 1.50 |
| 03-18-19 | Discovery conference: Sacdalan | 2.50 |
| 03-19-19 | Discovery conference: Bell | 2.00 |
| 03-19-19 | Discovery conference: Davis | 2.50 |
| 03-19-19 | Discovery conference: Saunders | 2.50 |
| 03-19-19 | Discovery conference: Cameron | 1.50 |
| 03-20-19 | Discovery conference with Van Hook and edited and revised discovery responses | 1.50 |
| 03-20-19 | Discovery conference with Brooks, reviewed tax returns and edited and revised discovery responses | 2.10 |
| 03-20-19 | Edited and revised requests for admission | 1.40 |
| 03-25-19 | Edited and revised requests for admission and revised damage spreadsheets | 3.50 |
| 03-25-19 | Revised and edited subpoena of documents to Ford & Harrison and prepared correspondence to LJ and Bennet Alsher re same and tele-conference with Alsher re same | 1.10 |
| 03-26-19 | Discovery conference with Mikki Williams and revised and edited discovery responses | 1.50 |
| 03-26-19 | Discovery conference with Sammie Shafer and revised and edited discovery responses | 1.10 |
| 03-27-19 | Prepared and revised subpoena's to Ford & Harrison, Taylor English and Constangy Brooks re good faith defense and research re same | 2.50 |
| 03-27-19 | Prepared Claimants' responses to Follies First and Second Requests for Production of Documents and reviewed documents regarding same | 2.10 |
| 03-28-19 | Edited Claimants' responses to Follies First and Second Requests for Production of Documents and reviewed documents regarding same | 1.10 |
| 03-28-19 | Edited Claimants' RFA to Follies and reviewed and prepared exhibits thereto. | 2.80 |
| 03-28-19 | Edited and reviewed responses to 2nd interrogatories: Barker, Sacdalan, Van Hook, Green and Shafer | 1.20 |
| 03-28-19 | Edited and reviewed responses to 2nd interrogatories: Cameron, Bell, | 1.30 |

11

**Statement of Services (AGD) - DUDLEY LAW, LLC. - *Becton et al. v. WYB, Inc.***
***d/b/a Follies*, United States District Court, Northern District of Georgia, 16-CV-2327-MLB**
**and Class C Claims, *WBY, Inc. d/b/a Follies*, Case No. 16-52291-JRS, U.S. Bankruptcy**
**Court, Northern District of Georgia**

| | | |
|---|---|---|
| | Yarbrough, Brooks, Davis and Saunders | |
| 04-01-19 | Revised and edited Requests for Admission and prepared correspondence to Mason re same | .50 |
| 04-01-19 | Revised and edited Scheduling Order | 1.50 |
| 04-01-19 | Reviewed correspondence from the Court and prepared correspondence to Court re claimants, Hurst Claims and further scheduling conferences | .50 |
| 04-01-19 | Reviewed correspondence fr Djonker re waiver of attorney-client privilege and subpoenas to Taylor English and Constangy Brooks, scheduling conference and attorney conference re scheduling order | .30 |
| 04-01-19 | Tele-conference with all counsel re scheduling order claims estimation, witnesses, depositions, stipulations, waiver of attorney-client privilege, and case deadlines | 1.10 |
| 04-01-19 | Reviewed email fr Djonker confirming Follies depositions | .10 |
| 04-01-19 | Reviewed proposed revisions to scheduling order and revised same | .10 |
| 04-01-19 | Prepared correspondence to Amanda re issuance of subpoenas to take depositions of counsel. | .10 |
| 04-02-19 | Prepared acknowledgements of subpoenas, prepared correspondence re same to counsel and prepared correspondence to Rodgers re Ford & Harrison acknowledgement | .50 |
| 04-02-19 | Conference with paralegal re Barker damages | .30 |
| 04-02-19 | Reviewed attorney fee statements and prepared correspondence to Jones & Walden and Flynn re same | 1.40 |
| 04-02-19 | Tele-conference with Flynn re Barker bills | .10 |
| 04-02-19 | Tele-conference with Jones re Jones and Walden statements | .10 |
| 04-03-19 | Reviewed Dudley invoices and removed class D billing entries | 2.50 |
| 04-03-19 | Reviewed correspondence fr counsel re telephone depositions, tele-conferences with clients re same, and prepared correspondence to counsel re telephone depositions | .50 |
| 04-03-19 | Reviewed Notices of Deposition to Plaintiffs | .50 |
| 04-03-19 | Reviewed and edited subpoenas to take depositions and prepared acknowledgement of service for Mason and Nordstrom, and correspondence to Nordstrom and Mason re same | .50 |
| 04-03-19 | Reviewed correspondence fr Rogers re Ford & Harrison and responded to same | .10 |
| 04-03-19 | Reviewed correspondence re scheduling order and Djonker revisions | .30 |
| 04-04-19 | Reviewed and edited scheduling order and reviewed and prepared correspondence to counsel re same | .50 |
| 04-04-19 | Reviewed edited Response to First and Second RFP | .20 |
| 04-04-19 | Reviewed tax returns, damage summaries and document production to Follies | 3.30 |
| 04-05-19 | Tele-conferences with Djonker/Mason and Jones regarding scheduling order, revised discovery, reviewed discovery production to Follies, | 4.20 |

**Statement of Services (AGD) - DUDLEY LAW, LLC. -** *Becton et al. v. WYB, Inc.*
*d/b/a Follies,* **United States District Court, Northern District of Georgia, 16-CV-2327-MLB**
**and Class C Claims,** *WBY, Inc. d/b/a Follies,* **Case No. 16-52291-JRS, U.S. Bankruptcy**
**Court, Northern District of Georgia**

|  | prepared and revised preliminary witness list, reviewed and edited Barker statement of services |  |
|---|---|---|
| 04-05-19 | Reviewed correspondence re scheduling order, witness list and discovery responses | .50 |
| 04-06-19 | Reviewed Follies discovery responses and document production | .50 |
| 04-06-19 | Prepared for Follies 30(b)(6) and reviewed records | 3.20 |
| 04-07-19 | Prepared for Youngelson deposition and reviewed records | 2.40 |
| 04-09-19 | Reviewed Follies Interrogatory responses and document production: mediation statement, declarations, independent contractor agreements, arbitration agreements, interview forms | 3.50 |
| 04-09-19 | Prepared correspondence to Follies regarding discovery deficiencies, meet and confer   conferences re discovery disputes | 1.50 |
| 04-11-19 | Reviewed Follies responses to first requests for admission and supplemental document   production and supplemental interrogatories | 2.40 |
| 04-12-19 | Deposition preparation preparation: Follies 30b6, Youngelson and white and reviewed documents | 8.40 |
| 04-13-19 | Deposition of Follies 30(b)(6), deposition of Surrey White and conferences with counsel | 9.40 |
| 04-15-19 | Deposition preparation, conferences with Shafer, conferences with Saunders, deposition of Dunahoo, deposition of Shafer, Deposition of Saunders, deposition of Shine and Allen | 10.50 |
| 04-14-19 | Deposition preparation Claimants, reviewed documents prepared for housemom and  manager depositions | 5.30 |
| 04-15-19 | Deposition preparation, conferences with   clients, resumed deposition of Follies 30b6, deposition of Victoria Ryals, Sabine Ford, deposition of Grant, deposition of Edward Allen, Reviewed correspondence and discovery supplementation: Interrogatories | 9.10 |
| 04-16-19 | Deposition preparation, conferences with   clients: Bell, Yarbrough, Brooks, Barker and   Williams, and attended depositions of Bell, Yarbrough, and Williams | 12.10 |
| 04-17-19 | Deposition preparation, conferences with clients: Davis, Sacdalan, and Kang and attended depositions of Davis, Sacdalan, Brooks and Kang and reviewed motion to declare class c claims invalid | 9.80 |
| 04-17-19 | Deposition preparation, conferences with clients: Davis, Sacdalan, and Kang and attended depositions of Davis, Sacdalan, and Kang and reviewed motion to declare class c claims invalid | 12.00 |
| 04-18-19 | Deposition preparation, conferences with clients: Van Hook and Cameron and attended depositions of Van Hook, Barker, Williams and Cameron and reviewed bills | 10.50 |
| 04-19-19 | Reviewed and edited Trial Brief and reviewed and edited Response to motion to invalidate class c claims | 3.50 |
| 04-19-19 | Reviewed Debtor's trial brief and hearing preparation | 2.50 |
| 04-22-19 | Reviewed and edited Response to motion to invalidate class c claims | 3.50 |
| 04-22-19 | Reviewed and edited time slips, prepared exhibits and prepared | 2.40 |

**Statement of Services (AGD) - DUDLEY LAW, LLC. -** *Becton et al. v. WYB, Inc.*
***d/b/a Follies,*** **United States District Court, Northern District of Georgia, 16-CV-2327-MLB**
**and Class C Claims,** *WBY, Inc. d/b/a Follies,* **Case No. 16-52291-JRS, U.S. Bankruptcy**
**Court, Northern District of Georgia**

|  |  | witness and exhibit lists |  |
|---|---|---|---|
|  | 04-23-19 | Prepared for and attended hearing on Debtor's motion to invalidate claims and discovery conference with counsel re motion to estimate and status conference with Court re motion to estimate, and prepared and edited exhibit list, reviewed documents | 7.30 |
|  | 04-25-19 | Reviewed and redacted statement of services – Class C Claimants and Becton Plaintiffs | 2.50 |
|  |  | **TOTAL HOURS** | **478.10** |
|  |  | **HOURLY RATE:** | **$450.00** |
|  |  | **AMOUNT** | **$215,145.00** |
|  |  |  |  |
|  |  |  |  |

**Statement of Services (AGD-Redacted)- DUDLEY LAW, LLC. Barker et al. v. WYB, Inc. d/b/a Follies, United States District Court, Northern District of Georgia, 18-CV-2725-MLB**

| 09-28-16 | Conference with Soraya Barker re claim | 1.50 |
|----------|----------------------------------------|------|
| | Research: Waitress claims, tip-outs, tip credit provisions of FLSA and record keeping requirements of FLSA | 2.10 |
| 02-21-17 | Prepared discovery for Soraya Barker and correspondence to Jones re same and Research: Hart and Journigan cases | 1.40 |
| | Edited Barker discovery requests | .10 |
| 03-15-17 | Prepared correspondence to Danowitz regarding Soraya Barker records and damages and reviewed her file | .10 |
| 11-27-17 | Reviewed correspondence from Brian Cave re depositions of Claimants, Youngelson, White and Danowitz and prepared correspondence to Jones re same and tele-conference with Jones re same | .50 |
| 02-19-18 | Reviewed files and prepared tolling agreements for Barker et al and correspondence to Djonker re same, Reviewed correspondence fr Djonker re same, | .50 |
| 02-27-18 | Reviewed correspondence from Hughes re new plaintiffs and prepared correspondence re estimated employment dates of new plaintiffs and tele-conference with Djonker re same | .50 |
| | | |
| | | |
| | | |
| | | |
| 5-03-18 | Reviewed correspondence fr Mason re house fees and responded to same | .30 |
| 5-07-18 | Reviewed letter fr Djonker re settlement conference and responded to same | .10 |
| 5-07-18 | Reviewed settlement proposal | .10 |
| | | |
| | | |
| | | |
| | | |
| 5-15-18 | Conference with Soraya Barker re claims, waitress claims and collective action claims | 1.60 |
| 5-17-18 | Drafted and edited complaint | 1.70 |
| 5-24-18 | Revised and edited complaint | 2.50 |
| 6-05-18 | Reviewed complaint and summons, prepared correspondence to Mason re service of WBY, Youngelson and White | .50 |
| | Reviewed complaint and summons, prepared correspondence with counsel re service of Youngelson and White, reviewed correspondence fr counsel re service of Youngleson and White, prepared acceptance of service for Youngelson and White and prepared correspondence to Djonker re same | .80 |
| 6-09-18 | Prepared acceptance of service for WBY's registered agent | .10 |
| 6-09-18 | Reviewed notice of hearing – Defendants' motions | .10 |
| | | |
| | | |
| 7-12-18 | Prepared waiver of service of summons for Youngelson and White and prepared correspondence to Djonker re same | .50 |
| 07-16-18 | Prepared waiver of service of summons for Youngelson and White and prepared correspondence to Djonker re same | .50 |
| 07-17-18 | Tele-conference with Jones re response to motion to dismiss and reviewed | .30 |

**Statement of Services (AGD-Redacted)- DUDLEY LAW, LLC. Barker et al. v. WYB, Inc. d/b/a Follies, United States District Court, Northern District of Georgia, 18-CV-2725-MLB**

|          | correspondence fr DeJonker and Tamika re waiver of service of summons and responded to same |        |
|----------|---------------------------------------------------------------------------------------------|--------|
| 07-18-18 | Reviewed bankruptcy file for orders lifting stay, research subject matter jurisdiction and prepared Barker's response to Defendants' motion to dismiss | 2.60 |
| 07-19-18 | Revised and edited Barker response to motion to dismiss | 1.80 |
| 07-19-18 | Reviewed and edited Barker response to motion to dismiss and exhibits | 1.30 |
|          |                                                                                             |        |
| 07-25-18 | Reviewed correspondence re service and conference with Kimberly re service | .10 |
|          |                                                                                             |        |
|          |                                                                                             |        |
|          |                                                                                             |        |
|          |                                                                                             |        |
|          |                                                                                             |        |
| 08-11-18 | Prepared notice of filing consents and filed same with District Court | .50 |
| 08-14-18 | Reviewed and edited motion for leave to file sur reply and sur reply | 2.50 |
|          |                                                                                             |        |
|          |                                                                                             |        |
|          |                                                                                             |        |
| 09-05-18 | Tele-conference with counsel re hearing dates and reviewed correspondence re same, Reviewed court notice re motion for leave | .50 |
| 09-08-18 | Reviewed court order granting leave | .10 |
|          |                                                                                             |        |
|          |                                                                                             |        |
|          |                                                                                             |        |
|          |                                                                                             |        |
|          |                                                                                             |        |
| 11-05-18 | Prepared initial disclosures and correspondence to counsel re Defendants' Initial Disclosures | 1.50 |
| 11-11-18 | Reviewed pleadings, discovery dispute letter, Standing Order re discovery disputes and local rules and prepared letter to Court re conference | 2.50 |
| 11-12-18 | Reviewed Follies motion to stay and prepared response, research re same | 4.50 |
| 11-12-18 | Research: default, reviewed file and prepared request for default and declaration of counsel | 2.10 |
| 11-13-18 | Reviewed correspondence fr Djonker re damage spreadsheet: Holdren | .10 |
| 11-13-18 | Reviewed correspondence fr Djonker re damage spreadsheet: Class C and D Claimants | .10 |
| 11-14-18 | Prepared and edited Response to Motion to Stay, Research re same and reviewed file | 7.50 |
| 11-15-18 | Edited and revised Response to Motion to Stay | 4.50 |
| 11-16-18 | Prepared draft Motion for entry of default judgment and proposed order re same, research default judgment | 7.20 |
| 11-19-18 | Reviewed spreadsheet regarding dates of employment and stage names and prepared correspondence to counsel re same | .50 |
| 12-06-18 | Reviewed Reply Brief and Exhibits | 1.50 |
| 04-23-19 | Reviewed and redacted statement of services | 1.40 |
|          | TOTAL HOURS: | 58.50 |

Statement of Services (AGD-Redacted)- DUDLEY LAW, LLC. Barker et al. v. WYB, Inc.
d/b/a Follies, United States District Court, Northern District of Georgia, 18-CV-2725-MLB

| | HOURLY RATE | $450.00 |
|---|---|---|
| | AMOUNT | $26,325 |

**Follies' Statement of Services (AGD-Redacted) – DUDLEY LAW, LLC, Smith et al. v. WBY, Inc. d/b/a Follies, United States District Court, Northern District of Georgia, 16-CV-4017-MLB**

| DATE | SERVICE | TIME |
|---|---|---|
| 08-26-16 | ███ conference with Smith re FLSA claim and Proof of Claim and estimated damages | 1.20 |
| 08-26-16 | Prepared attorney-client agreements, consent forms and standard forms and email to Smith re same | .20 |
| 08-26-16 | Research re waitress claims: ████████████ ████████████████████████████████ | 1.40 |
| 08-26-16 | Tele-conference with Smith re claim, proof of claim and damages | .10 |
| 08-26-16 | Tele-conference with Ellington re potential claims | .20 |
| 08-26-16 | Tele-conference with Smith re tip-outs and records | .20 |
| 08-29-16 | ███ conference with Ellington re FLSA claim and Proof of Claim and estimated damages | 1.50 |
| 08-29-16 | Prepared attorney-client agreements, consent forms and standard forms and email to Smith re same | .10 |
| 08-29-16 | Tele-conference with Jones & Walden re waitress claims | .10 |
| 08-30-16 | Tele-conference with Ellington re tip-outs and records | .20 |
| 09-08-19 | Prepared correspondence to Jones & Walden re Ellington and Smith proofs of claim and tele-conferences re same | .30 |
| 09-15-16 | Reviewed proofs of claim: Ellington and Smith | .50 |
| 09-28-16 | Tele-conference with Jones, counsel and Danowitz re settlement, objection to settlement, plan and relief from stay | 1.20 |
| 09-28-16 | Revised order relief from stay, Tele-conference with Jones, counsel and Danowitz re settlement, objection to settlement, plan and relief from stay | 1.20 |
| 10-20-16 | Tele-conferences with Smith and Ellington re damages and complaint | .30 |
| 10-22-16 | Reviewed file and drafted complaint | 1.90 |
| 10-24-16 | Revised and edited Complaint and tele-conferences with Smith and Ellington regarding complaint | 1.30 |
| 10-24-16 | Revised and edited complaint and reviewed order granting relief from the stay | 1.40 |
| 10-24-16 | Tele-conferences with Jones re stay and clients re allegations of the complaint | .50 |
| 10-27-16 | Edited and finalized complaint and prepared correspondence to Danowitz re Smith complaint | .50 |
| 10-31-16 | Reviewed *Hurst* file and Prepared summons for Youngelson, White, Shine and Allen | .20 |
| 10-31-16 | Tele-conference with Danowitz regarding service and waiver and/or acknowledgement of service | .10 |
| 11-03-16 | Prepared and edited proposed notice of depositions | .50 |
| 11-08-16 | Reviewed motion to approve plan, plan and disclosure statement | 2.50 |

1

| | | |
|---|---|---|
| 11-15-16 | Prepared correspondence to Ellington re ballots and plan and tele-conferences re same | .30 |
| 11-18-16 | Prepared Smith and Ellington discovery responses in bankruptcy case and prepared correspondence to Jones & Walden re same | 1.60 |
| 11-30-16 | Reviewed Smith and Ellington ballots and conferences with clients re same | .40 |
| 11-28-16 | Reviewed Court's Instructions and standing order for Judge Jones | .50 |
| 12-08-16 | Discovery conference with Ellington and prepared Responses to First Interrogatories and Requests for Production in bankruptcy proceeding | 2.10 |
| 12-12-16 | Tele-conference with Ellington re discovery and edited and revised discovery responses | .80 |
| | Prepared correspondence to Jones re discovery responses | .10 |
| 12-16-16 | Reviewed correspondence and stipulation to extend time to respond to discovery | .10 |
| 01-11-17 | Reviewed Danowitz correspondence re Smith and Ellington damages and depositions | .10 |
| 01-19-17 | Reviewed correspondence fr Danowitz re depositions and prepared correspondence to clients re same | .20 |
| 01-20-17 | Discovery conference with Smith and prepared Responses to First Interrogatories and Requests for Production in bankruptcy proceeding | 2.10 |
| 01-23-17 | Prepared correspondence to Ellington and Smith re claims and damages and tele-conference with Ellington re same | .30 |
| 01-22-17 | Reviewed Follies wage records and calculated damages | 1.50 |
| 01-23-17 | Prepared correspondence to Nichols Kaster re Barker, Tele-conference with Nicholas Kaster re same, prepared correspondence to Jones re same, and Reviewed correspondence fr Danowitz re same | .50 |
| 01-23-17 | Deposition conference with Smith and reviewed records with Smith for deposition | 2.10 |
| 01-24-17 | Prepared summary of damages for Smith and Ellington for purposes of mediation | .90 |
| 01-24-17 | Reviewed proposed joint mediation statement | .10 |
| 01-26-17 | Attended deposition of Constance Smith, conferences with Smith and counsel | 6.00 |
| 02-03-17 | Reviewed correspondence from Danowitz re mediation, reviewed order from Bankruptcy court re mediation and tele-conferences with client re mediation | 1.30 |
| 02-04-17 | Reviewed correspondence fr court reporter re Smith deposition and responded to same | .10 |
| | Prepared correspondence to Smith re supplementation of discovery | .10 |
| 02-08-17 | Tele-Conferences and correspondence to Constancy Brooks re service and prepared waiver of service of summons and Notice of waiver of service of summons and prepared correspondence to Bonapfel re mediation | .60 |

| 02-08-17 | Conference with Ellington re deposition and discovery | 1.20 |
|---|---|---|
| 02-08-17 | Attended Ellington deposition, conferences with Ellington and conferences with counsel | 3.00 |
| | Tele-conferences with waitresses re verifications of discovery | .40 |
| 02-09-17 | Reviewed correspondence from Danowitz re mediation and responded to same | .10 |
| 02-09-17 | Reviewed correspondence fr Danowitz re mediation | .10 |
| 02-09-17 | Reviewed correspondence fr Judge Bonapfel re mediation | .10 |
| 02-10-17 | Reviewed and filed waiver of service forms: Follies, Youngelson, White, Shine and Allen | .50 |
| 02-10-17 | Prepared correspondence to Danowitz and Mason re 30(b)(6) deposition, reviewed correspondence fr Danowitz re same, tele-conference with Roberts re Barker substitution and prepared correspondence to Danowitz re deposition | .40 |
| 02-15-17 | Prepared notices of deposition | .30 |
| 02-18-17 | Reviewed ████████████████████████ nd exhibits in *Hurst* case | 5.50 |
| 02-20-17 | Discovery conference with Constance Smith and supplemental discovery responses | .80 |
| 02-23-17 | Reviewed Follies discovery responses and prepared correspondence re discovery dispute involving Smith | .50 |
| 02-23-17 | Conference with Smith regarding discovery responses, tax returns, texts and other documentary evidence | 1.20 |
| 02-23-17 | Deposition preparation: Follies 30(b)(6) | 1.70 |
| 02-24-17 | Tele-conference with ████████ regarding *Hurst* case and reviewed correspondence regarding mediation | .40 |
| 02-24-17 | Reviewed correspondence regarding scheduling mediation | 3.60 |
| 02-24-17 | Reviewed correspondence from Danowitz regarding depositions and protective orders and responded to same | .20 |
| 02-27-17 | Reviewed mediation order and correspondence re same, reviewed motion for protective order and correspondence fr Herrington re protective order | .30 |
| 03-06-17 | Reviewed correspondence from Kropp regarding re discovery supplementation | .10 |
| 03-07-17 | Conference with Kropp regarding supplemental discovery | .30 |
| 03-15-17 | Prepared Smith and Ellington damage calculations for mediation and prepared mediation statement | 2.30 |
| 03-21-17 | Prepared for mediation and attended mediation | 8.50 |
| 03-22-17 | Prepared correspondence to Danowitz regarding tip-out damage issue and research regarding same | 1.80 |
| 03-28-17 | Reviewed motion for protective order | .20 |
| 03-31-17 | Tele-conference ████████ garding tax returns | .20 |
| 04-07-17 | Reviewed letter from Mason and prepared letter to Mason re extension | .10 |
| 04-07-17 | Tele-conference with Mason | .10 |
| 04-08-17 | Prepared correspondence to Danowitz re 30(b)(6) deposition and | .50 |

3

| | drafted 30(b)(6) notice | |
|---|---|---|
| 04-09-17 | Tele-Conferences with Constangy Brooks re enlargement of time to respond to complaint and reviewed consent motion to enlarge time | .50 |
| 04-10-17 | Prepared correspondence to Jones re mediation stipulation | .10 |
| 04-10-17 | Tele-conferences with Constangy Brooks re extension of time of filing of answer and reviewed motion re same: | .50 |
| 04-10-17 | Tele-conference with Counsel re motion to enlarge time | .10 |
| 04-11-17 | Reviewed Order granting in part and denying in part motion to enlarge time to answer | .10 |
| 04-24-17 | Reviewed order denying protective order | .10 |
| 04-26-17 | Tele-conference with Constangy Brooks re entry of appearance of Kabir and reviewed application re same | .10 |
| 05-02-17 | Reviewed Partial Motion to Dismiss and research re ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ | 3.40 |
| 05-05-17 | Research: unlawful deductions, free and clear requirements of the FLSA, individual liability under the FLSA, and reviewed cases cited by Defendants in support of partial motion to dismiss, and drafted First Amended Complaint and conferences with clients re same | 5.50 |
| 05-08-17 | Revised and edited First Amended Complaint | 2.20 |
| 05-15-17 | Reviewed Order granting application for admission pro hac vice | .10 |
| 05-17-17 | Prepared Motion to Extend Time to Respond to Motion to Dismiss for failure to state a claim and tele-conference with counsel re same | .50 |
| 05-18-17 | Reviewed Order regarding extension | .10 |
| 05-26-17 | Reviewed Defendant's Motion to Extend Time to Respond to Motion to Amend Complaint | .10 |
| 05-31-17 | Reviewed Order granting motion to extend time to file response to motion to amend complaint | .10 |
| 05-31-17 | Reviewed docket entry re revised deadlines | .10 |
| 05-31-17 | Drafted Response to Motion to Dismiss Complaint and research re unlawful deductions and statute of limitations | 4.50 |
| 06-01-17 | Edited response to motion to dismiss | .60 |
| 06-09-17 | Prepared Motion for Leave to Amend Complaint | 1.50 |
| 06-12-17 | Reviewed Order granting motion to amend complaint | .10 |
| 06-15-17 | Reviewed Motion to Dismiss amended complaint and memorandum of law and research re same | 1.90 |
| 06-15-17 | Reviewed Reply Brief Partial Motion to Dismiss complaint and memorandum of law | .50 |
| 06-20-17 | Tele-conference with Ellington re claims and status of bankruptcy case and civil action | .10 |
| 06-25-17 | Reviewed Motion to Dismiss amended complaint, research and prepared response to motion to dismiss and prepared ▓▓▓▓▓▓▓ | 5.50 |

| 07-14-17 | Reviewed Reply to Response to Motion to Dismiss and research | .50 |
| 01-24-18 | Reviewed docket entry reassigning case to Judge Brown and notice of submission of motions to Judge Brown | .10 |
| 06-28-18 | Reviewed Judge Brown's standing Order | .40 |
| 12-27-18 | Reviewed Judge Brown's amended standing Order | .30 |
| 01-23-19 | Reviewed correspondence fr Mason re waitress damages and spreadsheet and conferences with clients regarding same | 1.70 |
| 02-17-19 | Prepared correspondence re damages and settlement | .10 |
| 03-20-19 | Edited and revised RFA pertaining to Smith Claimants | .50 |
| 03-22-19 | Damage and status conference with Ellington and Smith | .60 |
| 04-05-19 | Reviewed and segregated Smith hours and prepared invoice re same | 1.60 |
| 04-23-19 | Reviewed Follies damage calculation for Smith and Ellington and method for calculating same | .30 |
| 04-23-19 | Reviewed and redacted statement of services | .50 |
| | **TOTAL HOURS** | **108.70** |
| | **HOURLY RATE** | **$450** |
| | **TOTAL AMOUNT FOR SERIVES RENDERED** | **$48,915** |