# EXHIBIT D

```
 1              UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA, GEORGIA

 3

 4   IN RE:                        )
     WBY, INC., d/b/a FOLLIES      )
 5          Debtor                 )
                                   )          CHAPTER 11
     _____)
 6
     WBY, INC.,                    )
 7                                 )          CASE NO. 16-52291-JRS
              Objector,            )
 8                                 )
          vs.                      )
 9                                 )
     CYDNEY BELL, et al.,          )
10                                 )
              Claimants.           )
11

12

13           DEPOSITION OF RODRINNA BROOKS

14                  April 17, 2019

15                    5:01 p.m.

16      CONSTANGY, BROOKS, SMITH & PROPHETE LLP

17           230 Peachtree Street, N.W.

18                  Suite 2400

19           Atlanta, Georgia   30303

20

21

22   Reported By: Judith L. Leitz Moran, RPR, RSA,

23             Certified Court Reporter CCR-B-2312

24             Job No 210

25
```



```
 1    APPEARANCES:

 2

 3    On behalf of WBY, Inc., Steven M. Youngelson and

 4    Surrey White:

 5        ERICA V. MASON, ESQUIRE

 6        CONSTANGY, BROOKS, SMITH & PROPHETE LLP

 7        230 Peachtree Street, N.W.

 8        Suite 2400

 9        Atlanta, Georgia  30303

10

11    On behalf of the Claimants:

12        AINSWORTH DUDLEY, ESQUIRE

13        DUDLEY LLC

14        4200 Northside Parkway Building 1

15        Suite 200

16        Atlanta, Georgia  30327

17

18    ALSO PRESENT:

19        JESSICA CUESTA, ASSISTANT DUDLEY LLC

20

21

22

23

24

25
```



```
 1   INDEX OF EXAMINATION                                   PAGE

 2          BY MS. MASON ............................        4

 3          BY MR. DUDLEY ...........................       74

 4          BY MS. MASON ............................       74

 5          BY MR. DUDLEY ...........................       77

 6

 7

 8

 9                    E X H I B I T S

10   EXHIBIT NOS.                                           PAGE

11   Exhibit 1         Spreadsheet - Report Dates            50

12                     5/26/13 - 5/26/16

13   Exhibit 2         Attachment A                          50

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1              MS. MASON:  Swear the witness.
 2                  RODRINNA BROOKS,
 3   being first duly sworn, was examined as follows:
 4              THE WITNESS:  Yes.
 5                   EXAMINATION
 6   BY MS. MASON:
 7        Q    Please state your full name for the
 8   record.
 9        A    Rodrinna Sophia Brooks.
10        Q    Okay.  And have you ever been known by
11   any other government names?
12        A    No.
13        Q    All right.  And did you have a stage name
14   at Follies?
15        A    Yes.
16        Q    What was that?
17        A    Lola.
18        Q    And that was the name the entire time?
19        A    Yes.
20        Q    And what were your dates of -- when you
21   worked at Follies?
22        A    2011 to 2015.
23        Q    Do you remember approximately what month
24   in 2011 you started?
25        A    I believe it was June.
```



```
 1        A     Yes.
 2        Q     Okay.  And according to just doing the
 3   math with the average number of days each week that
 4   we have records for, it looks like you worked on
 5   average, again, that would take into account weeks
 6   you didn't work at all, three shifts per week.  So
 7   that would be -- I can't even do math anymore --
 8   2000 divided by three would be about $667 per
 9   night.  Does that sound about right?
10        A     Yes.
11        Q     My math was good.
12              And my understanding is that towards the
13   last month that you worked there, it had gotten
14   slower than that, though?
15        A     Yes.
16        Q     All right.  Did you -- why did you drive
17   to work?
18        A     Because I didn't have another way to get
19   to work.
20        Q     Well, you could have taken a taxi or --
21        A     Yeah, but that was just more expensive.
22        Q     Okay.  So it was cheaper for you to drive
23   yourself and pay the valet parking fee than to take
24   a taxi or anything else?
25        A     Yes.
```



```
 1      Q    Okay.  But that's each entertainer's
 2 choice whether they want to drive to work or not?
 3      A    Yes.
 4      Q    Okay.  And did you ever look at other
 5 parking options other than parking where it was a
 6 valet parking fee?
 7      A    No.
 8      Q    And how long did it typically take you to
 9 get ready for work?
10      A    Typically like 45 minutes to an hour.
11      Q    Okay.  And did you normally do that at
12 home, at work, at Follies, or a combination?
13      A    Combination.
14      Q    Okay.  What would you do at home?
15      A    My hair, makeup, take a shower, get
16 dressed.
17      Q    Okay.  Is there anything different about
18 doing all of that that you did back then when you
19 were getting ready to go to work for Follies than
20 you do in a normal day?
21      A    I mean -- well, I don't wear makeup every
22 day.
23      Q    All right.  If you were going to work,
24 would you normally wear makeup?
25      A    Yes.
```



```
 1              UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF GEORGIA
 2                     ATLANTA, GEORGIA

 3

 4   IN RE:                        )
     WBY, INC., d/b/a FOLLIES      )
 5          Debtor                 )
     _____)     CHAPTER 11
 6
     WBY, INC.,                    )
 7                                 )     CASE NO. 16-52291-JRS
            Objector,              )
 8                                 )
          vs.                      )
 9                                 )
     CYDNEY BELL, et al.,          )
10                                 )
            Claimants.             )
11

12

13          DEPOSITION OF COURTNEY SACDALAN

14                 April 17, 2019

15                  12:21 p.m.

16   CONSTANGY, BROOKS, SMITH & PROPHETE LLP

17         230 Peachtree Street, N.W.

18                  Suite 2400

19           Atlanta, Georgia  30303

20

21

22   Reported By: Judith L. Leitz Moran, RPR, RSA,

23           Certified Court Reporter CCR-B-2312

24                  Job No 210

25
```



```
 1    APPEARANCES:

 2

 3    On behalf of WBY, Inc., Steven M. Youngelson and

 4    Surrey White:

 5         ERICA V. MASON, ESQUIRE

 6         CONSTANGY, BROOKS, SMITH & PROPHETE LLP

 7         230 Peachtree Street, N.W.

 8         Suite 2400

 9         Atlanta, Georgia  30303

10

11    On behalf of the Claimants:

12         AINSWORTH DUDLEY, ESQUIRE

13         DUDLEY LLC

14         4200 Northside Parkway Building 1

15         Suite 200

16         Atlanta, Georgia  30327

17

18    ALSO PRESENT:

19         JESSICA CUESTA, ASSISTANT DUDLEY LLC

20         TONI DAVIS

21         RODRINNA BROOKS

22

23

24

25
```



```
 1   INDEX OF EXAMINATION                                PAGE

 2         BY MS. MASON ............................       4

 3         BY MR. DUDLEY ...........................     124

 4         BY MS. MASON ............................     127

 5

 6

 7

 8                     E X H I B I T S

 9   EXHIBIT NO.                                        PAGE

10   Exhibit 1      Spreadsheet - Report Dates           82

11                  9/20/12 - 5/2015

12   Exhibit 2      Spreadsheet - Report Dates           82

13                  5/26/13 - 5/26/16

14   Exhibit 3      Entertainer Contract and            106

15                  Arbitration Policy

16   Exhibit 4      Proof of Claim                      116

17

18

19

20

21

22

23

24

25
```



```
 1                  COURTNEY SACDALAN,
 2   being first duly sworn, was examined as follows:
 3              THE WITNESS:  Yes, ma'am.
 4                    EXAMINATION
 5   BY MS. MASON:
 6        Q    Ms. Sacdalan, I introduced myself to you
 7   earlier.  Again, my name is Erica Mason, and I'm
 8   here on behalf of WBY and Mr. Youngelson and
 9   Mr. White.
10        A    Okay.
11        Q    Have you ever had your deposition taken
12   before?
13        A    No.
14        Q    So a couple of ground rules.  You see the
15   court reporter is here and she's trying to take
16   down every single word we say as clear as possible.
17   So one thing to keep in mind is, if you say uh-huh
18   or uh-uh, it all looks the same on the transcript
19   and no one can tell if you're saying yes or no.
20        A    Okay.
21        Q    So I may say is that a yes or a no and
22   maybe because you either nodded your head or gave a
23   uh-huh or an uh-uh.
24        A    Okay.
25        Q    The second thing, and this is really
```



```
 1        Q    Yeah, that's my question.
 2        A    Yeah.
 3        Q    Okay.  And was that the house moms
 4   Victoria and Abby?
 5        A    Uh-huh.
 6        Q    Is that a yes?
 7        A    Yes.
 8        Q    Okay.  So tell me the process like when
 9   you came in the door -- first of all, did you
10   usually drive to work?
11        A    Yes.
12        Q    Okay.  What car did you have at that
13   time?
14        A    A silver BMW.
15        Q    And so you drive to work?
16        A    Uh-huh.
17        Q    And if you got there typically around
18   noon, according to these records, was the valet
19   parking company there?
20        A    No, not during the daytime.
21        Q    Okay.  Did you pay a valet parking fee?
22        A    Only when I worked at night, not during
23   the day.
24        Q    So you come in, you park your own car?
25        A    Uh-huh.
```



```
 1              UNITED STATES BANKRUPTCY COURT

 2               NORTHERN DISTRICT OF GEORGIA

 3                     ATLANTA DIVISION

 4    - - - - - - - - - - - - - - - -

 5    IN RE                          )

 6    WBY, INC., d/b/a/ FOLLIES,     )

 7         Debtor                    )

 8    - - - - - - - - - - - - - - - -

 9    WBY, INC.,                     )

10         Objector,                 )   CASE NO.

11    v.                             )   16-52291-JRS

12    GRACE KING,                    )

13         Claimant.                 )

14    - - - - - - - - - - - - - - - -

15

16                DEPOSITION OF GRACE KING

17                WEDNESDAY, APRIL 17, 2019

18

19

20

21

22                        BY LORI STOKES, CSR NO. 12732

23                           160 SPEAR STREET, SUITE 300

24                        SAN FRANCISCO, CALIFORNIA 94105

25                                         (415) 597-5600
```

```
 1
 2
 3
 4
 5
 6
 7
 8
 9        Deposition of GRACE KING, taken on behalf of
10   Debtor/Objector, at 160 Spear Street, Suite 300,
11   San Francisco, California, commencing at 4:02 P.M.,
12   Wednesday, April 17, 2019, before Lori Stokes,
13   Certified Shorthand Reporter No, 12732, pursuant to
14   Notice.
15
16
17
18
19
20
21
22
23
24
25
```



```
 1   APPEARANCES OF COUNSEL:
 2   FOR THE DEBTRO/OBJECTOR - (TELEPHONICALLY):
 3        CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
 4        BY:  ERICA V. MASON, ATTORNEY AT LAW
 5        230 Peachtree Street, N.W.
 6        Suite 2400
 7        Atlanta, Georgia 30303-1557
 8        Telephone: (404) 525-8622
 9        Email: emason@constangy.com
10
11   FOR THE CLAIMANT - (TELEPHONICALLY):
12        LAW OFFICE OF AINSWORTH G. DUDLEY
13        BY:  AINSWORTH G. DUDLEY, ATTORNEY AT LAW
14        4200 Northside Parkway
15        Building 1, Suite 200
16        Atlanta, Georgia 30327
17        Telephone: 404.687.8205
18        Email:  adudleylaw@gmail.com
19
20
21
22
23
24
25
```



```
 1                            INDEX

 2    WEDNESDAY, APRIL 17, 2019

 3    GRACE KING                                              PAGE

 4        Examination by MS. MASON                               6

 5

 6

 7                            -o0o-

 8

 9           QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:

10                       PAGE      LINE

11                        38         2

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                          EXHIBITS

 2                         GRACE KING

 3    Number              Description              Page

 4    Exhibit 1   Excel spreadsheet - 2 pages       80

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                WEDNESDAY, APRIL 17, 2019; 4:02 P.M.
 2
 3                          GRACE KING,
 4    having been administered an oath, was examined and
 5    testified as follows:
 6                          EXAMINATION
 7    BY MS. MASON:
 8         Q    Ms. King, have you ever had your deposition
 9    taken before?
10         A    Yes.
11         Q    What kind of case was that?
12         A    So it was the same kind of case.  Also with
13    this law office, through Mr. Ainsworth.
14         Q    Okay.  Were you suing an adult entertainment
15    corp.?
16         A    Yes.
17         Q    Which one?
18         A    Cheetah.
19         Q    And when was that?
20         A    I think it was at the end of 2016, if I
21    recall correctly.
22         Q    Okay.  Is that the only one?
23         A    Yes, besides this one.
24         Q    Okay.  And your deposition was taken in 2016?
25         A    Yes, 2016.
```



```
 1      Q     Got it.
 2            So you weren't feeling that well, your
 3   stomach was hurting, so you didn't work those days?
 4      A     Right.
 5      Q     Got it.
 6            And how did you typically get to Follies?
 7      A     I think I typically -- I mean, sometimes -- I
 8   think I sometimes drove but usually took an Uber or
 9   something like that.
10      Q     All right.  And do you still have an Uber
11   account?
12      A     Yes.
13      Q     All right.  Would you say you took Uber the
14   majority of the time?
15      A     Yeah.  I'm not really sure, actually, like
16   what the ratio between my driving myself there and
17   taking Uber was.
18      Q     Okay.
19      A     I just know I did both pretty often.
20      Q     I'm sorry, go ahead.  I didn't hear you.
21      A     I just know that those were my two main modes
22   of transportation.
23      Q     And did you keep any records of when you
24   worked at Follies at the time -- ever?
25      A     No.
```

