# EXHIBIT E

**In the Matter Of:**

IN RE: WBY, INC.

**WBY, INC. 5.02.19**

*May 02, 2019*

ESQUIRE
DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com

```
WBY, INC. 5.02.19                                        May 02, 2019
IN RE: WBY, INC.                                                    1
```

TRANSCRIPT OF DEBTOR'S MOTION FOR ORDER ESTIMATING CERTAIN

CONTINGENT OR UNLIQUIDATED CLAIMS


IN RE:  WBY, INC.

DATE RECORDED:  MAY 2, 2019


Job No.:  J4160359



800.211.DEPO (3376)
EsquireSolutions.com

```
WBY, INC. 5.02.19                                    May 02, 2019
IN RE: WBY, INC.                                                2
```

|   |   |
|---|---|
| 1 | A P P E A R A N C E S |
| 2 | |
| 3 | On behalf of the Debtor: |
| 4 | JASON J. DEJONKER, ESQUIRE |
| 5 | Bryan Cave Leighton Paisner, LLP |
| 6 | One Atlantic Center, 14th Floor |
| 7 | 1201 W. Peachtree St., N.W. |
| 8 | Atlanta, Georgia 30303 |
| 9 | (and) |
| 10 | ERICA V. MASON, ESQUIRE |
| 11 | Constangy Brooks Smith & Prophete, LLP |
| 12 | 230 Peachtree Street, N.W., Suite 2400 |
| 13 | Atlanta, Georgia 30303 |
| 14 | |
| 15 | On behalf of Claimant: |
| 16 | AINSWORTH DUDLEY, ESQUIRE |
| 17 | 4200 Northside Parkway, Building 1, Suite 200 |
| 18 | Atlanta, Georgia 30327 |
| 19 | (and) |
| 20 | LEON S. JONES, ESQUIRE |
| 21 | Jones & Walden, LLP |
| 22 | 21 Eighth Street, N.E. |
| 23 | Atlanta, Georgia 30309 |
| 24 | |
| 25 | |



```
WBY, INC. 5.02.19                                          May 02, 2019
IN RE: WBY, INC.                                                      3
```

                                I N D E X

| WITNESS: | DX | CX | RDX | RCX |
|---|---|---|---|---|
| Abigail Donahue | | | | |
| By Ms. Mason | | 9 | 35,63 | |
| By Mr. Dudley | | | 18 | 51,61 |
| By Mr. DeJonker | | | 59 | |
| | | | | |
| Charles Bridgers | | | | |
| By Mr. Jones | | 74 | 110 | |
| By Ms. Mason | | | 89 | 117 |
| By Mr. DeJonker | | | 115 | |
| | | | | |
| Steve Youngelson | | | | |
| By Ms. Mason | | 123,178 | | |
| By Mr. Dudley | | | 206 | 215 |
| By Mr. Jones | | | 210 | |
| | | | | |
| Edward Vasques | | | | |
| By Ms. Mason | | 165 | | |
| By Mr. Dudley | | | 176 | |



```
WBY, INC. 5.02.19                                    May 02, 2019
IN RE: WBY, INC.                                                4
```

| | | | |
|---|---|---|---|
| | I N D E X (continued) | | |
| EXHIBIT | DESCRIPTION | MARKED | ADMITTED |
| 53 | Follies Bucks | | 18 |
| 32 | Brezzie Hurst's Time Record | | 76 |
| 54 | Spreadsheet | | 178 |



*800.211.DEPO (3376)*
*EsquireSolutions.com*

| WBY, INC. 5.02.19 | May 02, 2019 |
|---|---|
| IN RE: WBY, INC. | 163 |

1   test.  The three -- it was -- there was a total of 350 because
2   some of the tests I had were for -- which doesn't reflect those
3   numbers -- were from the quarter machine that was part of that
4   week.
5         Q    Got it.  And so those were old tests.
6         A    Right.  So that would just be the -- that included
7   that number, just included that number.  So that is going
8   through with the whole thing.
9         Q    And do you write these records --
10        A    I do this on a week --
11        Q    Where, where are you when you write the records?
12        A    At home.  I just -- I, I take all the numbers when I
13  go by, usually on a Tuesday or Wednesday.  I write the numbers
14  down on the machine, and then I got and I just -- this is my
15  original hand that I have done over the last year.
16        Q    And are these records that you keep in the ordinary
17  course of your business?
18        A    It, it -- it's just something I started because they
19  were something new.  This is the only one I actually keep it
20  for, and, and it's according just with my business, so I have a
21  tracking to kind of justify what I'm doing there with it.
22        Q    Meaning, you didn't create these yesterday for me when
23  I called you.
24        A    Oh, absolutely not.
25        Q    Okay.



800.211.DEPO (3376)
EsquireSolutions.com

```
WBY, INC. 5.02.19                                              May 02, 2019
IN RE: WBY, INC.                                                        164
```

```
 1      A    No, I just -- as you can see, like I said, this is --
 2   March 23rd is when I picked it up and March 23rd is when I made
 3   the -- when I wrote these down.
 4      Q    All right.  And --
 5      A    I took pictures for you off, off my notebook.
 6      Q    All right.  And do you have records prior to this?
 7      A    No, I do not.
 8      Q    Okay.  Why didn't -- don't you have similar records
 9   for prior to his?
10      A    Just didn't seem necessary.  I -- whatever the money
11   came in was what I was going to get.
12      Q    It was straight out of the machine.
13      A    It was, it was easy for me to see.  In this case, in
14   order to establish, making sure I got what I'm supposed to get -
15   - since there's no coin-operated use of the machine, it
16   established that I should be receiving so much for the use of
17   the machine.
18      Q    Okay.  So these numbers help you know how much should
19   be in the envelope each week?
20      A    Yes, ma'am.
21      Q    All right.
22           MS. MASON:  Your Honor, I think we've laid a
23   sufficient foundation to move to admit these.
24           THE COURT:  Okay.  You're moving to admit Exhibit 54.
25           MR. DUDLEY:  We, we would like to examine the, the
```



*800.211.DEPO (3376)*
*EsquireSolutions.com*

| WBY, INC. 5.02.19 | May 02, 2019 |
|---|---|
| IN RE: WBY, INC. | 165 |

```
 1  witness, I think, first before -- and find out whether there are
 2  any source documents or -- I mean, I would objection at this
 3  point without me being able to examine the witness.
 4            THE COURT:  Okay.  So you want to, you want to examine
 5  him now with respect to the --
 6            MR. DUDLEY:  If, if the -- it doesn't matter --
 7            THE COURT:  Okay.  With, with respect to this, this
 8  docket --
 9            MR. DUDLEY:  -- with respect to that issue, yes.
10            THE COURT:  Go ahead, I'll let you.
11            MS. MASON:  All right.  I just have two more
12  questions.
13            THE COURT:  Oh, okay.
14  BY MS. MASON:
15       Q    So these records start on 3/26/18, correct?
16       A    3/23/18.
17       Q    Oh, sorry, 3/23/18.  And --
18       A    And it goes till this, this past week.
19       Q    All right.
20       A    4/30.
21       Q    In terms of the volume of the test, do you have a
22  recollection as to from before this period, if it's gone up or
23  down, the coin-operated machine versus this one?
24       A    I, I believe that we're -- at one time, we were doing
25  more business prior, and with the coin-operated machines than we
```



*800.211.DEPO (3376)*
*EsquireSolutions.com*

| WBY, INC. 5.02.19 | May 02, 2019 |
|---|---|
| IN RE: WBY, INC. | 166 |

```
 1  are with these.
 2       Q    Okay.  When you say more business, was it --
 3       A    Well --
 4       Q    Can you give me an, an estimate of --
 5       A    -- 250 tests.
 6            THE COURT:  Well, put that in a perspective to when --
 7            MR. VASQUES:  A week.
 8            THE COURT:  250 more a week?
 9            MR. VASQUES:  250 would be what I was probably
10  averaging a week in the past --
11            THE COURT:  Oh, in the past, okay.
12            MR. VASQUES:  -- whereas it seems as though their
13  numbers have gone down, but so have the hours of operation and
14  the business.  So, in all those kinds of situations where
15  businesses are either not allowed to operate on Sunday or they
16  close two, three hours earlier, all the volume of monies that I
17  would've received has also gone down.
18            THE COURT:  Okay.  So, so you were -- you think you
19  were doing about 250 per week prior to this --
20            MR. VASQUES:  That's an estimate, sir.
21            THE COURT:  No, I understand.
22            MR. VASQUES:  And the other part of that is, I believe
23  these units are so much more accurate and -- whereas the old
24  units could be bluffed in some ways by people doing things
25  wrong.  And, and people aren't allowed to drive, so they started
```



*800.211.DEPO (3376)*
*EsquireSolutions.com*