# EXHIBIT F

```
                  UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION




BREZZY HURST,                  )
                               )
   Plaintiff,                  )
                               ) CIVIL ACTION FILE
       vs.                     ) NO.: 1:15-CV-3560-SCJ
                               )
STEVEN M. YOUNGELSON; WBY,     )
INC. d/b/a The Follies;        )
STEVEN SHINE; and JOHN DOE     )
known as "Cain,",              )
                               )
   Defendants.                 )
_____)


             30(b)(6) DEPOSITION of WBY, INC.

                  through its representative

                         STEVEN SHINE

                      February 16, 2017

                         10:00 a.m.

        CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
                 230 Peachtree Street, N.W.
                         Suite 2400
                   Atlanta, Georgia  30303

                     Signature reserved

               Marianne Vargas, CCR, CVR-M
_____
                     MCKOY & ASSOCIATES
                 CERTIFIED COURT REPORTERS
                   5030 Rockingham Drive
                     Roswell, GA  30075
                        404.388.3840
```

```
                APPEARANCES OF COUNSEL:



 ON BEHALF OF PLAINTIFF:

    MATTHEW W. HERRINGTON, ESQ.
    DeLONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN
    3100 Centennial Tower
    101 Marietta Street, N.W.
    Atlanta, Georgia  30303
    404.979.3150
    matthew.herrington@dcbflegal.com



 ON BEHALF OF DEFENDANTS:

    ERICA V. MASON, ESQ.
    CONSTANCY, BROOKS, SMITH & PROPHETE, LLP
    230 Peachtree Street, N.W.
    Suite 2400
    Atlanta, Georgia  30303
    404.230.6794
    emason@constangy.com

    TAMIKA R. NORDSTROM, ESQ.
    CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
    230 Peachtree Street, N.W.
    Suite 2400
    Atlanta, Georgia  30303
    404.230.6791
    tnordstrom@constangy.com

 Also Present:

       Edward "Cain" Allen
```

INDEX OF EXAMINATIONS

PAGE

**STEVEN SHINE**

Examination by MR. HERRINGTON                                    5

INDEX OF EXHIBITS

| PLAINTIFF'S NO. | DESCRIPTION | PAGE |
|---|---|---|
| 01 | WBY, Inc. 30(b)(6) Notice of Deposition | 16 |
| 02 | The Follies P & L Report, March 2016 | 25 |
| 03 | Photo of jockey shorts with Follies logo | 33 |
| 04 | List of Under 21 workers | 36 |
| 05 | List of Under 21 workers | 36 |
| 06 | Statement on difference between being an employee and an Independent Contractor | 39 |
| 07 | Photo of See Ya passes | 49 |
| 08 | City of Chamblee license application | 61 |
| 09 | Debtor's Disclosure Statement | 66 |
| 10 | Follies Entertainer Charges sheet | 81 |
| 11 | Entertainer time/tip-out sheets | 90 |
| 12 | Defendant's Supplemental Responses to Plaintiff's First Continuing Interrogatories | 104 |
| 13 | Defendant's Amended Responses to Plaintiff's Requests for Admission | 116 |
| 14 | Defendant's Supplemental Objections to Plaintiff's Requests for Production of Documents | 116 |
| 15 | Defendant's Initial Disclosures | 117 |

```
 1                  P R O C E E D I N G S
 2                       10:26 a.m.
 3           MR. HERRINGTON:  Please swear the witness.
 4                     (The court reporter swore
 5                      the witness.)
 6           MR. HERRINGTON:  This is the deposition by
 7      cross-examination of WBY, Inc., doing business
 8      as The Follies, through its designee Steven
 9      Shine, pursuant to Rule 30(b)(6) of the federal
10      Rules of Civil Procedure, taken by agreement of
11      counsel and Notice of Deposition in the matter
12      of Brezzy Hurst v Steven Youngelson, et al.,
13      which is currently pending in the United States
14      District Court for the Northern District of
15      Georgia bearing Case Number 1:15-CV-3560-SCJ.
16           My name is Matthew Herrington and I'm
17      counsel for the Plaintiff in this case.  I was
18      going to say with me is Ainsforth Bentley, but I
19      guess he's not coming.  Also present is Erica
20      Mason and Tamika Nordstrom, who are counsel of
21      record for the Defendant in this case.
22      -----------------------------
23                      STEVEN SHINE,
24                   30(b)(6) witness for
25             WBY, INC. d/b/a THE FOLLIES
```

1   Q.   So if there's ever any doubt in your mind,
2   you can assume that I am not asking you if they're
3   doing anything as your employee.
4   A.   Okay.
5   Q.   Is it possible to generalize about how
6   many dancers dance at The Follies on a given night of
7   the week?
8   A.   Yes.
9   Q.   Can you give me estimates or ranges that
10  are typical?
11  A.   80 to 100.
12  Q.   80 to 100 on what nights?
13  A.   That would be a general estimate for the
14  week.  I would say probably Monday, Tuesday, Wednesday
15  night you're looking at 60 to 80.  Thursday, Friday,
16  Saturday and Sunday night you're looking at between
17  100 and 120.
18  Q.   Okay.  What about during the daytime?
19  A.   Monday, Tuesday and Wednesday you're
20  looking at about an average of around 80.  Thursday,
21  Friday, Saturday and Sunday you're looking at 100 to
22  110.
23  Q.   Do you know the square footage of The
24  Follies?
25  A.   I believe it's about 6700 square feet.

```
1      Q.    It says that WBY is owned equally by two
2  of its original founders, Steven Youngelson and Surrey
3  White, doesn't it?
4      A.    That's correct.
5      Q.    And that is a true fact?
6      A.    Yes, sir, it is.
7      Q.    And it's open seven days a week from noon
8  to 3:00 a.m.?
9      A.    That's incorrect.
10     Q.    Okay.  Well, what are its hours?
11     A.    Monday through Friday it is open from
12 11:30 to 3:00 a.m.  Saturday and Sunday it is open
13 from 1:00 in the afternoon to 3:00 a.m.
14     Q.    All right.  Under B, would you agree that
15 it states that Steven Youngelson and Surrey White are
16 the only shareholders and officers of WBY?
17     A.    Yes, sir.
18     Q.    Is that true and correct?
19     A.    Yes, sir, it is.
20     Q.    In the next sentence it states that they,
21 "they" meaning White and Youngelson, continue in
22 active oversight of the operations, financial matters,
23 legal affairs, and general business of The Follies.
24 Is that correct?
25     A.    Yes, it is.
```