# EXHIBIT G

## DECLARATION OF KATEY FLOURNOY

I, Katey Flournoy, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an adult, qualified and competent to make this declaration.

2. The statements made in this declaration are based upon my own personal knowledge, unless otherwise stated.

3. I understand that this declaration may be used for discovery, as evidence in arbitrations or trials and all other purposes permitted by law.

4. I have performed as a professional entertainer at WBY, Inc. d/b/a Follies (hereinafter referred to as "Follies") located in Atlanta, Georgia, at various times over the past three and one half years.

5. I take monthly vacation or time away from performing. When I do I do not tell any management at Follies when I plan to show up or not be there to perform. I just show up when I want to perform.

6. During the periods that I performed at Follies, I have always felt that I was treated as an independent contractor and not at all like an employee.

7. I have never thought that Follies was my "employer" or Follies' owners or managers as my "bosses."

8. Similarly, no one at Follies has ever stated to me that I am an employee of Follies, nor has anyone ever treated me like they would an employee of Follies in terms of compensation, scheduling, work rules and the like.

9. For example, I am free to pursue other jobs and careers, including my own businesses, and Follies has never attempted to restrict my ability to perform as a professional

1

entertainer at other night clubs during the same periods I performed at Follies, including direct competitors. It is to my benefit to maintain the ability to perform at other clubs.

10. Over the same three and one half year period that I have performed on-and-off at Follies, I have also performed as a professional entertainer at other establishments here in Atlanta in the same line of business as Follies, including Oasis, Diamonds of Atlanta (DOA), and Mardi Gras. I also performed at clubs in Charlotte, North Carolina.

11. I have friends that work at other clubs, such as Cheetah's in Atlanta, that are far more restrictive and controlling when you perform, including controlling what outfits you wear and how much make-up you can wear. Those restrictions do not exist at Follies.

12. No one has ever asked me to fill out an employment application for employment with Follies. Instead, I signed an independent contractor agreement, which I read and understood was meant to record the fact that we were agreeing that my relationship with Follies was that I was an independent contractor and not an employee.

13. As a professional entertainer at Follies, I also signed an arbitration agreement with Follies, that I read and understood meant that if I wanted to sue Follies for any reason, or vice versa, we would settle our claims in arbitration instead of a traditional court.

14. I have never undergone an "orientation" or any training at Follies like I would expect to do if I were an employee. Basically, I was introduced to the managers, security, house moms, DJs, and someone gave me a tour (to show me where things like the bathroom and dressing room are located) and explained the general flow of things and the things I am absolutely not allowed to do (as described below).

15. On days when I am performing at Follies, as well as days I may be there visiting, I pay regular prices for food and drinks, and do not get any discounts like an employee would.

16. I enjoy performing at Follies as opposed to other Atlanta nightclubs that have professional entertainers because it has far less rules and restrictions than other clubs where I have performed.

17. For example, Follies has no work rules that the professional entertainers are required to follow other than no fighting, no drugs, no underage drinking, no solicitation (prostitution), and you are not allowed to continue performing there if you fail the breathalyzer test and insist on driving your car when you leave (they prefer we take a cab at our expense or get a ride). Basically, we are not allowed to break the law while we are performing at Follies. The only professional entertainers that I know of that have been asked to sever their relationship with Follies was for one of those rules referenced above.

18. I have never been verbally told or provided with, seen, or been required to follow any written work rules, employee handbooks, memorandums, or handouts or seen any posted "rules" regarding any work rules with which independent contractor must comply, except the above-referenced rules.

19. Based on my experience performing at other nightclubs and/or what I know from other friends who perform as professional entertainers at other nightclubs, Follies is different in this way compared to other nightclubs in Atlanta, each of which had far more rules than Follies, even for their independent contractor professional entertainers.

20. I have never witnessed Follies or its managers or employees dictate how I or other professional entertainers perform while on their premises. For example, no one tells me how I may or may not interact with customers or perform (other than complying with the law), what costumes or shoes I can or cannot wear, or any guidelines on the makeup, hair or nails. All of those choices are within my discretion when I perform at Follies.

21. To my knowledge, Follies has never prohibited a professional entertainer from working for having "unacceptable attire."

22. When I perform at Follies, there is no requirement that I perform on stage for a three-song rotation or even a one-song rotation. Entertainers can choose whether they want to dance on stage. Follies has a stage rotation, however, dancers choose whether to put their names into the rotation. Even if called to the stage, there is no requirement that a performer must dance on stage. Rather, a performer is free to skip a stage call if they choose to do so without any kind of penalty.

23. On some of the days I have performed at Follies I have not gotten on stage at all. On other days, I may dance on the stage ten songs in a row. It really depends on how active the floor is. Meaning, if I feel I can make more money on personal dances on the floor, I will skip the song rotation. By contrast, if the floor is slow, I tend to perform on stage for more songs because I figure that I can earn more money from tips on stage than I can from the floor, I will perform on stage more frequently and for a longer period of time. This is left entirely to my discretion.

24. I am able to choose whether I perform personal dances and the nature of any personal dances that I perform. I am also able to choose whether or not to perform for a particular customer and whether and to what extent I will perform nude in accordance with applicable legal requirements.

25. Follies does not require that I ever remove my costume or a portion of my costume while I am performing on stage or for customers. These decisions are solely within my discretion.

26. Based on my experience performing at other nightclubs or what I know from other friends who perform as professional entertainers at other nightclubs, Follies is different in this way compared to other nightclubs in Atlanta, many of which require you to remove the top and/or bottom of your outfit once you have earned a certain amount of tips while on stage, or which restrict how much clothing you can remove while performing at their clubs.

27. I am responsible for choreographing my own dances as I see fit. If I choose to do so, I can also spend time practicing my performances.

28. Also, I have complete control over all of my interactions with customers and potential customers. For example, I am allowed to directly exchange contact information with my customers and communicate with them directly to notify them when I am performing at Follies or its competitors, to directly book private, off-site parties (if I chose to do so), or for any other reason.

29. Follies does not schedule shifts, and there is no requirement that I perform on any particular shifts or days. I am free to perform on any day or at any time Follies is open. I may come and go from Follies as I desire. I can perform at Follies when I want to, decide how often I want to perform, and decide how long to stay at Follies each time I choose to perform there.

30. Based on my experience performing at other nightclubs or what I know from other friends who perform as professional entertainers at other nightclubs, Follies is different in this way compared to other nightclubs in Atlanta, each of which does in some way dictate how professional entertainers perform, dress, dance, apply make-up, or costume/shoe selection.

31. I am able to choose my own stage persona, and how I perform, and have a choice to select my preferred music when I am performing on stage. Follies does not in any way attempt to control the nature of my performances, or the themes and messages I express during my performances.

32. Follies does not have a schedule for when the entertainers are supposed to perform. Follies also does not require that professional entertainers work a minimum or maximum required hours, days or other period times that I am required to perform. There are no mandatory meetings that I am required to attend at Follies. There is no limitations on the amount of time that I can take off between days that I perform.

33. Based on my experience performing at other nightclubs or what I know from other friends who perform as professional entertainers at other nightclubs, Follies is different in this way compared to other nightclubs in Atlanta, each of which had an actual schedule for professional entertainers or had rules about the days they could work. For example, some nightclubs require that if you want to work busier hours (such as a Friday night), you also have to agree to work a less busy time (such as a Tuesday during daytime hours).

34. I do not have to report to anyone at Follies when I intend to perform there, when I am working elsewhere, on vacation or off handling personal business as I would if I were an employee.

35. By contrast, in my opinion, if I were being treated as a Follies employee, I would have a set schedule and would have a limited number of vacation, sick, or personal time off that I could take. If I were a Follies employee, I would also have to request time off and

notify management when I intended to come in or take time off. Follies requires none of this.

36. Based on my experience performing at other nightclubs or what I know from other friends who perform as professional entertainers at other nightclubs, Follies is different in this way compared to other nightclubs in Atlanta, each of which required that we notify the club when we were coming into perform or when we were going to miss a date.

37. Follies does not have any work rules about how many dances I must perform while on shift, or how much time I take off from the floor, between performances when I am at Follies.

38. Based on my experience performing at other nightclubs or what I know from other friends who perform as professional entertainers at other nightclubs, Follies is different in this way compared to other nightclubs in Atlanta, each of which limited the amount of time we could sit with our customers instead of performing on stage or personal dances, or which limited the amount of time we could spend in the dressing room or other areas of the club.

39. Instead, I perform at Follies as many days per week, month or year as I choose, and when I do choose to perform at Follies, I work however many hours that I choose. Basically, I come and go as I please.

40. Back when Follies was a part of Dekalb County and before Follies it became a part of the city of Chamblee, professional entertainers were required to pay for and obtain a city permit issued to work in nightclubs such as Follies, and entertainers had to take their permits with them to whatever club they were performing at on a particular day, and had to turn it in to the nightclub on the days that we performed there.

41. To my knowledge Follies did not restrict or discipline/fire any professional entertainer who asked for their permit back so that they could work at another nightclub.

42. In fact, there is a giant sign in the area between the managers' offices and the kitchen at Follies that is leftover from the time period when professional entertainer had to have a permit that basically says that entertainers are not restricted from requesting their permits back to go perform somewhere else, and can get their permit at any time.

43. Based on my experience performing at other nightclubs or what I know from other friends who perform as professional entertainers at other nightclubs, Follies is different in this way compared to other nightclubs in Atlanta, many of whom would or do currently refuse a professional entertainer's request to get their permits back or fire professional entertainers if they request their permit back.

44. As a professional entertainer, I operate my own business, am solely responsible for any profits or losses from my professional entertainer activities.

45. I have a significant opportunity for profit and loss as a professional entertainer and recognize that there are risks associated with my business just like any other business and that there may be situations in which I may lose money while performing if I am unable to successfully market my performances or if I do not sell enough of my performances to earn a profit.

46. I use a substantial degree of initiative while performing as an entertainer in order to maximize my income. This includes how I perform on stage during my personal dances, my communications and interactions with potential customers, choosing the customers that I will perform services for, and creating my own stage personality. My income is

also based substantially on how hard I work and how well I perform. I understand that the harder and better that I work, the more income I can earn as a performer.

47. I, not Follies, pays for all of my business expenses, and choose how much or how little I spend on same.

48. I also am responsible for any investments I make into my business in order to sell more performances, increase my customer base, and earn more money.

49. For example, I have costs associated with maintaining my physical appearance. These include physical exercise, maintaining my personal grooming, and investing in such items as costumes, shoes, tanning, makeup, hairstyling, and nail care among other things.

50. I am aware of many professional entertainers investing in their business by obtaining cosmetic surgery as a means of increasing earning potential. I have not done so.

51. I select and pay for all of the "tools of my trade," including but not limited to own costumes, shoes, makeup, themes, or props that I use in my performances.

52. I also obtain and pay for my own legal and accounting advice regarding business matters.

53. I am also solely responsible for advertising and promoting my business, myself, and my performances, and any costs that are associated with those activities. In fact, I regularly engage in the following promotion activities: maintaining a phone list customers whom I contact and notify of my performances; and utilizing social media to advertise my appearances, including tagging "Follies" on my Twitter feed.

54. I am aware that many performers have websites and social networking sites that they use to advertise their performances at various clubs, including Follies. I am also aware of performers that have passed out flyers or business cards, and advertise their performances and club appearances in other ways.

55. To my knowledge, Follies does not in any way promote or advertise itself or any of its professional entertainers.

56. No representative from Follies has ever offered to pay me any wages whatsoever. I have always known that the only money that I would earn from performing at Follies would be dance fees and/or tips. I have never expected to be paid any wages or to receive a paycheck from Follies for performing there.

57. When performing at Follies, I earn money from three sources. I earn personal dance fees for performances provided to customers on the floor (commonly called "lap" or "table" dances), and I also get tips from customers for personal dances or when I dance on stage. I also earn income from performing dances in the VIP areas of Follies. As with other performers, I am free to set my own prices for these dance performances.

58. I am aware that if I were an employee of Follies rather than a professional entertainer, I would be required to turn over to Follies my performance fees, including the fees from VIP dances and personal dances, and that Follies would then pay wages and other costs of my employment with those fees. Presently, I am allowed to keep all of those fees for myself. I prefer that it stay this way.

59. Follies does not ask or require me to share any of the fees that I earn from performances with it.

60. Instead, the only amount I pay directly to Follies in exchange for the ability to perform there is a small charge per shift for locker rental and drink ticket(s).

61. The locker charge varies depending on what time of day you perform. For example, it is less in the day shift than the evening shift, but it is always less than $40.00.

62. Drink tickets are meant as a promotion item that I can use to get more personal dances from my customers that I can, but am not required to, sell to customers in exchange for two dances and a discounted alcoholic beverage (or free beer) for double the amount that Follies sells it to me.

63. Follies directly charges its customers a cover charge to enter the club, and I do not share in those charges. Follies does not directly charge customers anything when they receive personal dances or watch professional entertainer performing on their stages.

64. Follies also separately and directly charges the customer a separate fee to enter VIP areas of Follies. I am not required to pay any fee or other charge to use the VIP areas of Follies.

65. While Follies has minimum recommended fees for personal dances ($10.00) and for VIP performances ($100.00), professional entertainer have discretion to set their own personal dance and VIP fees. Based on my knowledge, different performers set different fees for their dances. We can also choose to accept or refuse any customers request for a personal dance or VIP performances. Follies never requires us to comply with a customer's request that we perform for them.

66. Tips are an amount in excess of the fees for dances and differ from dance fees. Tips are voluntary payments to me by a customer in recognition of the personal services that I provide.

67. Follies does not require that customers tip professional entertainers.

68. Instead, tips are provided at the sole discretion of the customer, who has the right to decide whether to give a tip and the amount of the tip. Tips are generally paid after I

11

perform a personal dance on the floor or in the VIP area, or while I am performing on stage.

69. In my experience, the amount of the tips I receive are dependent upon the appreciation and level of satisfaction of the customer.

70. I am entitled to keep all of my tips and Follies does not ask or require me to share any of the tips that I earn from performances with it.

71. I am not requested to or even allowed to share tips with Follies' managers.

72. There is also no requirement or rule that I share my tips with Follies or any Club employees. However, entertainers are free to tip employees or other independent contractors of Follies for services they render, such as the DJ, house mom, club security, bathroom attendants, cooks, waitresses, bartenders, and valet parking attendants, just like Follies customers can.

73. However, it is a general industry practice to tip these service providers and I generally do so, unless I have not earned enough money that day to where I feel obligated to tip them. This is because, while I am performing, these individuals provide services to me and my customers that help me earn more money on the shifts. For example, the DJ keeps the music going and provides my selected music when I request it, the house mom who provides wipes and other supplies as well as other assistance to the dancers, the restroom attendants keep the restrooms that I or my customers use, and the waitresses and bartenders provide drinks and food to me and my customers while I am performing and bus tables, get change for large dollar bills, etc.

74. To my knowledge, Follies does not get back any of the tips that I share with these service providers.

3407763v.1
3414413v.1
CONFIDENTIAL
WBY/HURST 000212

75. I have never been fined by Follies and I have never known Follies to fine any professional entertainer for failing to "tip out" to other employees, or for spending too much time in the dressing room.

76. I understand that the minimum wage in Georgia is $7.25 per hour, and the tipped credit minimum wage is $2.13 per hour.

77. I also understand that if I were to be considered to be an employee of Follies, I would not be entitled to any of the dance fees from the sale of personal dances.

78. During the time that I have performed at Follies, I have earned more than minimum wage in tips on average per hour during each week that I have performed. I understand that Follies would only be required to pay me the tipped minimum wage if I were to be considered an employee of Follies.

79. I earn at least $10 per personal dance (plus tips) from customers. Songs last approximately three to five minutes, so I have the ability to perform twelve or more personal dances per hour.

80. I earn a higher amount of least $100 (plus tips) per VIP performance, which generally lasts 30 minutes.

81. As a professional entertainer, I earn far more from dances and related fees than I could earn if I were paid the minimum wage, even without the tipped minimum credit. I prefer to work as an independent contractor because I then have ultimate control over the amount of money I am able to earn as a professional entertainer in this industry.

82. I generally perform at Follies less than 40 hours per week. While it is possible that I have occasionally performed 40 or more hours per week, I generally work far less than 40 hours per week.

13

83. I do not in any way record or track the number of hours I perform per week at Follies and I am not aware of any other professional entertainers that do. Therefore, Follies' sign-in/sigh-out records for professional entertainers would be the best evidence of the number of hours that I performed per week in the weeks that I did perform at Follies. However, those records would probably be over-inclusive of the hours I spent performing because I generally sign-in before I get dressed, do my hair and make-up or otherwise get situated to perform. I also sometimes eat a meal or have a drink at the bar after I sign-in but before I go out to the floor of the club to perform.

84. I could choose not to perform at Follies at any point if I wanted to. There is no requirement that I notify anyone if I do not want to dance at Follies anymore. I could simply stop showing up.

85. When I perform as a professional entertainer, I usually perform under the stage name Amelia. I use this stage name to protect my personal privacy. Because I am performing adult-oriented entertainment, privacy is very important to me. I do not wish to have my name provided to Plaintiffs, their lawyers, or anyone else because of my privacy concerns. I also do not want any types of notices mailed to my home where other people may see them. Rather, I want it to be my sole choice to decide to whom I disclose the fact that I am a professional entertainer, and I do not want my ability to make that choice compromised by Plaintiffs, their lawyers, the Court, or anyone else.

I have read the foregoing and declare under penalty of perjury that the statements set forth above are true and accurate.

This the 18 day of June, 2015.

_____
Katey Flournoy

15