# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BREZZY HURST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| STEVEN M. YOUNGELSON, WBY, INC. d/b/a THE FOLLIES; STEVEN SHINE; EDWARD "CAIN" ALLEN; AND SURREY WHITE, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Civil Action No. 1:15:CV-03560-SCJ

## DECLARATION OF ZOE MAE HERBST

I, Zoe Mae Herbst, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an adult, qualified and competent to make this declaration.

2. The statements made in this declaration are based upon my own personal knowledge, unless otherwise stated.

3. I understand that this declaration may be used for discovery, as evidence in arbitrations or trials and all other purposes permitted by law.

4. I have performed as a professional entertainer at WBY, Inc. d/b/a Follies (hereinafter referred to as "Follies") located in Chamblee, Georgia, at various times over the past five years.

5. I have never thought that Follies was my "employer" or Follies' owners

1

or managers as my "bosses."

6. Instead, I consider my status as "self-employed." I do what I want, come and go as I please, and I basically rent the space when I am here.

7. For example, I am free to pursue other jobs and careers, including my own businesses, and Follies has never attempted to restrict my ability to perform as a professional entertainer at other venues during the same periods I performed at Follies, including direct competitors. It is to my benefit to maintain the ability to perform at other clubs.

8. When I began performing at Follies, I was told I could come and go whenever I wanted and I have found that to be true.

9. I don't typically work hours that correspond with "day" or "night" shift. Instead, I typically work starting halfway through day shift and into night shift. I pay a higher rental fee to do so, but it is worth it based on my customer flow.

10. I generally work three days per week, Thursday-Sunday, sometimes Wednesdays, but I choose and I can take off as much time as I want. I typically take a full week off every four months or so.

11. My goal is to work a four-hour shift, earn $400 in that time, and leave. Sometimes I can hit my goal sooner. I rarely stay longer than four hours, but if I do it's typically because I either choose to hang out and drink/socialize, or because it takes me longer to hit my goal.

12. Back when Follies was a part of Dekalb County and before Follies it became a part of the city of Chamblee, professional entertainers were required to pay for and obtain a county-issued permit issued to work anywhere it the Dekalb County which had to be on them at all times, wherever they were performing.

13. There is still a giant sign in the area between the managers' offices and the kitchen at Follies from the time period when entertainers had to have a Dekalb County permit that says that entertainers are not restricted from requesting their permits back to go perform somewhere else, and can get their permit at any time.

14. To my knowledge Follies has never restricted or disciplined/severed ties with any professional entertainer who asked for their permit back so that they could work at another establishment. My understanding is that many other places would fine or fire entertainers who asked to take their permit to work elsewhere, even temporarily.

15. Over the same five-year period that I have performed on-and-off at Follies, I have also performed as a professional entertainer at other establishments including Oasis, however, I have found that I don't like working at traditional "strip clubs" because you feel like an employee with the amount of rules and restrictions they have in place. For example:

    a. At Oasis, the guys cannot touch you; at Follies I can have as much (legal) contact as I want.

    b. At Oasis, they tell me to come in on Friday or Saturday and I have to stay until closing at 3:00 a.m.; at Follies I don't have a set schedule.

    c. At Oasis, they want you to wear break-away clothing and no logos; at Follies there are no restrictions on what you wear, I've even seen entertainers wearing T-shirts on stage instead of costumes.

    d. At Oasis, there is a mandatory stage rotation where you must perform on stage when called, or you have to pay a fine or get in trouble.

    e. Also at Oasis, if you make $5.00 in tips while performing on stage, you have to take your top off and if you make $10.00 in tips while performing on stage, you have to take your bottom off.

    f. At Follies, you don't ever have to dance on stage. If you decide to dance on stage, Follies lets you pick your own songs. There is no requirement at Follies to take your clothes of while you're dancing on stage. You can take your clothes off when or if you want to. There have been times I'm remained fully clothed on stage the whole time I was up there.

16.   I set my own rates for performances and as far as I've seen, the other dancers do too. For instance, I tell customers I have a two-dance minimum. A lot

of other dancers don't do that, but Follies doesn't get involved in these decisions either way.

17. I am also able to choose whether I perform personal dances and the nature of any personal dances that I perform, and can turn down any customers as I see fit. Follies has no say-so in who I perform for, or whether and to what extent I will perform nude.

18. I can also sit in the back or at the bar, and not perform for hours on end and no one would tell me that I need to perform, even if I have paid to be there at that time as a performer.

19. As a professional entertainer, I operate my own business, am solely responsible for any profits or losses from my professional entertainer activities.

20. The opportunity for profit and loss as a professional entertainer falls on me and what I do in my business, not Follies and its business. I have risks associated with my business just like any other business. For example, I can lose money I am unable to successfully market my performances or if I do not sell enough of my performances to earn a profit based on my various expenses and investments.

21. Instead, I have to have a large degree of initiative in order to maximize my income as an entertainer. This includes- how I perform on stage, my communications and interactions with potential customers, choosing the customers that I will perform services for, and creating my own stage personality. My income

is also based substantially on how hard I choose to work and how many hours I choose to work. I understand that the harder and better that I work, the more income I can earn as a performer. I am also responsible for choreographing my own dances, and how much time I spend practicing my performances.

22. Many customers pay me just to sit and talk, many don't want me to get nude or dance for them. The money I earn is mostly based on things other than dancing or being nude such as my saleswomanship, personality, positive attitude, ability to act interested in customers and play psychologist.

23. Follies does not interfere with how I choose to earn money while I'm at their facility, whether it is by performing nude or being paid to sit and talk with customers fully-clothed. Once I pay my nightly rental fee, they have no bearing on how much or how little I earn, it is really up to me and how aggressively I choose to pursue customers and how many hours I choose to work each night.

24. Follies does not invest at all in my entertainer business. Instead, I select and pay for all of the "tools of my trade," including but not limited to: my permits/licenses to perform, hair, nails (about $100 for hands and feet, 12 times per year), shoes (about $200 per pair, 6 times per year), cosmetics and costumes (about $1000.00 per month), plastic surgery (about $6000.00 total).

25. I have also paid to attend pole dancing classes, personal trainers, workout equipment, and gym memberships. I invested in myself in this way because

it helps make me a better professional entertainer because I am able to perform in a manner that is unique from other professional entertainers, and helps me earn more money as an entertainer.

26. Unlike other places I have performed as an adult entertainer, Follies has no rules or guidelines on what performers should look like, *i.e.*, their weight, size, muscle tone, hair, makeup, costume, or other aesthetics. Many of the entertainers are overweight; and some of them don't even dance in heels or costumes. Follies does not even require that performers be nude. Recently I saw one performer do a table dance in a t-shirt. I choose to invest in pole dancing, fitness and other aspects of my appearance purely for my own benefit. In my view, it makes me more competitive. One thing I appreciate about Follies and their "hands off" approach on the entertainers is that there no single "look"; everyone looks different. It allows me to stand out in the crowd.

27. I also obtain and pay for my own accounting and business advice regarding my business matters.

28. I don't use social media for promotions but I know many entertainers that have used social media as well as business cards and flyers, and pay for professional photos for advertising purposes.

29. To my knowledge, Follies does not in any way promote or advertise itself or any of its professional entertainers. It has a lot of regular customers who

come just to drink (especially during the daytime).

30. Instead, I am solely responsible for advertising and promoting my business, myself, and my performances, and any costs that are associated with those activities. I have a lot of regulars, about 30-40 in my phone alone, so I typically market simply by reaching out to them via phone or text and telling them when I'm going to be performing at the Follies or asking them to come see me.

31. Follies does not care that I get customer contact information when I perform there or that I maintain customer contact lists. I have complete control over all of my interactions with customers and potential customers. For example, I am allowed to directly exchange contact information with my customers and communicate with them directly to notify them when I am performing at Follies or its competitors, to directly book private, off-site parties (if I chose to do so), or for any other reason.

32. Follies does not restrict my phone use in any way, including accepting credit card payments. Follies does not accept credit card payments but I have been told that I could accept customers paying me this way if I want, *i.e.*, via an iPhone app like Square.

33. Unlike many other establishments, I can bring my own food and non-alcoholic drinks into Follies. Almost every day I perform at Follies, I order food to be delivered. I have seen other entertainers bring their own food, and also eat at the

Follies buffet. Everyone eats what they want, when they want, according to their personal preferences. There is no rule about food or meal breaks one way or another.

34. Unlike many other establishments, there are no rules for the entertainers. You basically have to break the law (fighting, stealing, underage drinking, altercations with other entertainers, customers or Follies employees, escorting) for them to sever the relationship. You are not allowed to continue performing there if you fail the breathalyzer test and insist on driving your car when you leave (they prefer we take a cab at our expense or get a ride).

35. No one has ever asked me to fill out an employment application for employment with Follies. Instead, I signed an independent contractor agreement, which I read and understood was meant to record the fact that we were agreeing that my relationship with Follies was that I was an independent contractor and not an employee.

36. When I started at Follies, I was shown where the bathroom and dressing rooms were located, introduced to the house mom, DJ and managers, and told that the only rules I had to follow was not to break the law or drive home drunk. There was no "orientation" or training at Follies like I would expect to do if I were an employee.

37. On days when I am performing at Follies, as well as days I may be there visiting, I pay regular prices for food and drinks, and do not get any discounts like

9

an employee would.

38. I do not have to report to anyone at Follies when I intend to perform there, when I am working elsewhere, on vacation or off handling personal business as I would if I were an employee.

39. In my opinion, if I were being treated as a Follies employee, I would have a schedule regulating the days, shifts and/or times that I worked, and would be a limited in terms of any vacation, sick, or personal time off that I could take. I would also expect to have to request time off and notify management when I intended to come in or take time off if I were an employee. But Follies requires none of this.

40. When performing at Follies, I earn money from three sources. I earn personal dance fees for performances provided to customers on the floor (commonly called "lap" or "table" dances), and I also get tips from customers for personal dances or when I dance on stage.

41. I also earn income from performing dances in the VIP areas of Follies. As with other performers, I am free to set my own prices for these VIP dance performances, and also decide how many of what type of dances I want to do each time I'm there.

42. I am aware that if I were an employee of Follies rather than a professional entertainer, I would be required to turn over to Follies my performance

fees, including the fees from VIP dances and personal dances, and that Follies would then pay wages and other costs of my employment with those fees. Presently, I am allowed to keep all of those fees for myself. Customers pay me for dances directly and I keep that money for myself without having to account for any of it to Follies. I prefer that it stay this way.

43. Follies does not ask or require me to share any of the fees that I earn from performances with it.

44. Instead, the only amount I pay directly to Follies in exchange for the ability to perform there is a small charge per shift to rent floor space, which also includes locker rental and drink tickets that I can either sell to customers or use myself.

45. The house fee/rental charge varies depending on what time of day you perform. For example, it is less during day hours than evening hours. Generally there tends to be more competition for floor space and lockers in the evenings; hence the higher charge.

46. Follies directly charges its customers a cover charge to enter the club, and I do not share in those charges. Follies does not directly charge customers anything when they receive personal dances or watch professional entertainers who decide to perform on stages. Unlike other places I have performed, Follies is not a "stage" club where customers come in expecting to see a stage show.

47. Follies also separately and directly charges the customer a separate fee to enter VIP areas of Follies. I am not required to pay any fee or other charge to use the VIP areas of Follies.

48. I decide how much I want to charge for a table dance or a VIP dance. Although Follies recommends a minimum, I am free to charge whatever I want. No one associated with Follies management has ever asked me how much I charged for any of the danced I perform.

49. On top of my dance fees, I also receive tips. To me, tips are an amount in excess of the fees for dances and differ from dance fees. Customers voluntarily pay me tips in their discretion to recognize the personal services I provide for them by way of dances and conversation. Customers usually pay me a tip after I perform a dance on the floor or in the VIP area, or while I am performing on stage.

50. In my experience, the amount of tips I receive varies, even for my regular customers. New customers may not tip me anything at all; whereas others may decide to tip me hundreds of dollars. It really just depends on the customer.

51. Follies does not require that customers tip professional entertainers.

52. I am entitled to keep all of my tips and Follies does not ask or require me to share any of the tips that I earn from performances with Follies or its managers.

53. I have never been fined by Follies and I have never known Follies to fine any professional entertainer for any reason. This includes fines for taking too

long to get ready, spending too much time in the dressing room, for taking too long breaks between performances, for being late or leaving early, for leaving without permission, for not "tipping out" other staff (like the DJ, house mom or bar), or "tipping out" staff an insufficient amount.

54. In my experience, if someone what unhappy with how much I "tipped out," there was nothing Follies could do about it. It was not uncommon for some entertainers, for example, to leave little or no "tip out" to other staff. I always make money at Follies, so this is not something that I typically do.

55. As a professional entertainer, I earn far more from dances and related fees than I could earn if I were paid the minimum wage ($7.25 per hour, or $2.13 per hour if my tips count towards my wage). I prefer to work as an independent contractor because I then have full control over when and where I work, how many places I work, and ultimate control over the amount of money I am able to earn as a professional entertainer in this industry.

56. I do not in any way record or track the number of hours I perform per week at Follies and I am not aware of any other professional entertainers that do.

57. The best evidence of the number of hours I perform at Follies during a given week are the sign-in/sign-out sheets for entertainers. I would think that these records tend to overstate the number of hours I work because I sign-in on my way into the club, *i.e.*, before I get dressed, do my hair and makeup, and get ready to

perform. I also do sometimes eat a meal or have a drink at the bar after I sign-in but before I go out to the floor to perform.

I have read the foregoing and declare under penalty of perjury that the statements above are true and accurate.

This the 28th day of April, 2017

_____
Zoe Mae Herbst

14