...

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LATOYA BECTON, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:16-CV-04003-MLB ) ) |
| WBY, INC. a/k/a FOLLIES; STEVEN YOUNGELSON; and SURREY WHITE, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE TO TAKE VIDEOTAPED DEPOSITIONS OF PLAINTIFFS

**PLEASE TAKE NOTICE** that Defendants' counsel will proceed to take the deposition of Plaintiffs by an authorized court reporter, recorded by video and stenographic means, or before some other officer authorized by law to administer oaths at the time and on the dates set forth below at Akerman LLP, 999 Peachtree Street, Suite 1700, Atlanta, GA 30309. The oral examination will continue from day to day until its completion. The deposition will be conducted pursuant to the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the purpose of discovery and any other purpose allowed by law.

| | | | |
|---|---|---|---|
| Abraham, | Jessica | Thursday, February 20, 2020 | 10:00 AM |
| Anderson, | Janna | Thursday, February 20, 2020 | 2:00 PM |
| Baker, | Tonisha | Friday, February 21, 2020 | 10:00 AM |
| Bell, | Cydney | Friday, February 21, 2020 | 2:00 PM |

51627507;1

| | | | |
|---|---|---|---|
| Blake, | Latisha | Monday, February 24, 2020 | 10:00 AM |
| Bradley, | Courtney | Monday, February 24, 2020 | 2:00 PM |
| Brooks, | Rodrinna | Tuesday, February 25, 2020 | 10:00 AM |
| Cameron, | Shanteria | Tuesday, February 25, 2020 | 2:00 PM |
| Charles, | Christina | Wednesday, February 26, 2020 | 10:00 AM |
| Clarke-Murphy, | Tiffany | Wednesday, February 26, 2020 | 2:00 PM |
| Davis, | Toni | Thursday, February 27, 2020 | 10:00 AM |
| Dopoe, | Quina | Thursday, February 27, 2020 | 2:00 PM |
| Glen, | Samantha | Friday, February 28, 2020 | 10:00 AM |
| Goddard, | Calesia | Friday, February 28, 2020 | 2:00 PM |
| Grant, | Donjanae | Monday, March 2, 2020 | 10:00 AM |
| Green, | Noelle | Monday, March 2, 2020 | 2:00 PM |
| Griffin, | Jazzlyn | Monday, March 9, 2020 | 10:00 AM |
| Hailey, | Sheldon | Monday, March 9, 2020 | 2:00 PM |
| Harris, | Michaela | Tuesday, March 10, 2020 | 10:00 AM |
| Hutsell, | Holly | Tuesday, March 10, 2020 | 2:00 PM |
| Jackson, | Shannon | Wednesday, March 11, 2020 | 10:00 AM |
| Kim, | Nina | Wednesday, March 11, 2020 | 2:00 PM |
| King, | Grace | Thursday, March 12, 2020 | 10:00 AM |
| Lytle, | Hailey | Thursday, March 12, 2020 | 2:00 PM |
| McDuffie, | Kerra | Friday, March 13, 2020 | 10:00 AM |
| McGowan, | Desiree | Friday, March 13, 2020 | 2:00 PM |
| McLean, | Raquesha | Monday, March 16, 2020 | 10:00 AM |
| Murphy, | Ashley | Monday, March 16, 2020 | 2:00 PM |
| Nyguyn, | Jolene | Tuesday, March 17, 2020 | 10:00 AM |
| Olshansky, | Sarah | Tuesday, March 17, 2020 | 2:00 PM |
| Robinson, | Ayana | Wednesday, March 18, 2020 | 10:00 AM |
| Sacdalan, | Courtney | Wednesday, March 18, 2020 | 2:00 PM |
| Saunders, | Jessica | Thursday, March 19, 2020 | 10:00 AM |
| Schaffer, | Samantha | Thursday, March 19, 2020 | 2:00 PM |
| Serrano, | Isabel | Friday, March 20, 2020 | 10:00 AM |
| Stewart, | Jasmine | Friday, March 20, 2020 | 2:00 PM |
| Sylvester, | Shante | Monday, March 23, 2020 | 10:00 AM |
| Talley, | Ayalla | Monday, March 23, 2020 | 2:00 PM |
| Van Hook, | Karenna | Tuesday, March 24, 2020 | 10:00 AM |
| Watkins, | Delisha | Tuesday, March 24, 2020 | 2:00 PM |
| Williams, | Mikki | Wednesday, March 25, 2020 | 10:00 AM |
| Williams, | Victoria | Wednesday, March 25, 2020 | 2:00 PM |

| Yarbrough, | Ebony | Thursday, March 26, 2020 | 10:00 AM |
| Becton, | Latoya | Thursday, March 26, 2020 | 2:00 PM |

Respectfully submitted this 14th day of January, 2020.

                                                       AKERMAN, LLP

                                                      */s/ Ana C. Dowell*
                                                      Erica V. Mason
                                                      Georgia Bar No. 141986
                                                      Ana C. Dowell
                                                      Georgia Bar No. 343780
                                                      erica.mason@akerman.com
                                                      ana.dowell@akerman.com
                                                      999 Peachtree St., NE, Suite 1700
                                                      Atlanta, Georgia 30309
                                                      Telephone: 404-733-9808
                                                      Facsimile: 404-733-9908

                                                      **Counsel for Defendants**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| LATOYA BECTON, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WBY, INC. a/k/a FOLLIES; ) <br> STEVEN YOUNGELSON; and ) <br> SURREY WHITE, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:16-CV-04003-MLB |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been furnished to the below individual(s) via the court's electronic filing system and/or by depositing same in the United States Mail, postage prepaid, on January 14, 2020.

DUDLEY LAW LLC
Ainsworth G. Dudley
4200 NORTHSIDE PARKWAY
Suite 104, Building 1
Atlanta, Georgia 30327
dudleylaw@imnisp.com

AKERMAN, LLP

/s/ Ana C. Dowell

51627507;1

Erica V. Mason
Georgia Bar No. 141986
erica.mason@akerman.com
999 Peachtree St., NE, Suite 540
Atlanta, Georgia 30309
Telephone: 404-733-9808
Facsimile: 404-733-9908

*Counsel for Defendants*

51627507;1