**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

Latoya Becton, et al.,

                    Plaintiffs,      Case No. 1:16-cv-04003

v.                              Michael L. Brown
                                  United States District Judge

WBY, Inc. d/b/a Follies, et al.,

                    Defendants.
_____/

Constance Smith, et al.,

                    Plaintiffs,      Case No. 1:16-cv-04017

v.                              Michael L. Brown
                                  United States District Judge

WBY, Inc. a/k/a Follies, et al.,

                    Defendants.
_____/

Soraya Barker, et al.,

                    Plaintiffs,      Case No. 1:18cv-02725

v.                              Michael L. Brown
                                  United States District Judge

WBY, Inc. d/b/a Follies, et al.,

                    Defendants.
_____/

## MINUTE SHEET

Minute sheet for a discovery dispute conference held before Judge Michael L. Brown on June 8, 2020.

| | |
|---|---|
| TIME COURT COMMENCED: | 11:05 a.m. |
| TIME COURT CONCLUDED: | 1:05 p.m. |
| TIME IN COURT: | 2 hours |
| OFFICE LOCATION: | Atlanta |
| COURT REPORTER: | Jana B. Colter |
| DEPUTY CLERK: | Benjamin G. Thurman |
| ATTORNEYS PRESENT: | Ainsworth G. Dudley representing Plaintiffs |
| | Jonah A. Flynn representing Plaintiffs (in case *Barker v. WBY, Inc.*, 1:18-cv-02725-MLB only) |
| | Erica V. Mason representing Defendants |
| PROCEEDING CATEGORY: | Discovery dispute conference |
| MINUTE TEXT: | Discovery dispute conference held. The parties appeared via videoconference (Zoom technology). Discussion had regarding discovery disputes. Plaintiffs' Motion for Contempt (Dkt. 74 in case *Barker v. WBY, Inc.*, 1:18-cv-02725-MLB) was **DENIED**. Defendants were **ORDERED** to immediately produce the list described in the Court's February 18, 2020, order (Dkt. 66 in *Barker*). Defendants were **ORDERED** to provide the Court a status update no later than June 12, 2020. |

3

HEARING STATUS:                    Hearing concluded