IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Latoya Becton, et al.,

                Plaintiffs,    Case No. 1:16-cv-04003

v.                                    Michael L. Brown
                                        United States District Judge

WBY, Inc., et al.,

                Defendants.

_____/

## ORDER

Numerous entertainers at the nightclub Follies claim they were not paid wages as required by the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. One of these plaintiffs is Shante Sylvester. Defendants served discovery on Plaintiff Sylvester on April 8, 2020. (Dkt. 119.) Her response was originally due May 8, but the Court extended that deadline to July 30. (Dkt. 142.) Plaintiff did not respond to that discovery request. Defendants move to dismiss, claiming Plaintiff has abandoned her claims.

On November 2, 2020, this Court ordered Plaintiff Sylvester to show cause by November 16, 2020, why the Court should not dismiss her claims under Rules 37 and 41 of the Federal Rules of Civil Procedure. (Dkt. 175.)  Plaintiff Sylvester has not answered the Court's Order. As such, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff Sylvester's claims for failure to obey a discovery order and for want of prosecution.  *See* Fed. R. Civ. P. 37, 41(b).  All remaining claims in this action remain pending.

**SO ORDERED** this 20th day of November, 2020.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE