# UNITED STATES DISTRICT COURT

Northern **District of** Georgia

Latoya Becton et al.

Plaintiff (s),

V.

WBY, Inc. et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:16-cv-04003-MLB

Notice is hereby given that, subject to approval by the court, Plaintiff Hailey Lytle substitutes

(Party (s) Name)

Matthew W. Herrington , State Bar No. 275411 as counsel of record in

(Name of New Attorney)

place of Ainsworth G. Dudley .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC

Address: 101 Marietta Street NW, Suite 2650, Atlanta, GA 30303

Telephone: (404) 979-3150   Facsimile (404) 979-3170

E-Mail (Optional): matthew.herrington@dcbflegal.com

I consent to the above substitution.

Date: 12/20/2021

*(DocuSigned by: [signature] 996687AFBEB9479...)*

(Signature of Party (s))

I consent to being substituted.

Date: 12/21/2021

*(DocuSigned by: Ainsworth G. Dudley B9A82EA705304F0...)*

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 12/20/2021

*(DocuSigned by: Matthew W. Herrington 77F13CF5C9A6427...)*

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**