UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATOYA BECTON et al, ) | |
| ) | |
| Plaintiff, ) | Civil Action |
| ) | |
| vs. ) | File No. 1:16-CV-4003-MLB |
| ) | |
| WYB, INC. D/B/A FOLLIES et al, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' JOINT OBJECTIONS TO PROPOSED LEAVE OF ABSENCE OF DEFENSE COUNSEL ERICA MASON**

The Plaintiffs, by and through the undersigned counsel, file their joint objections under Local Rule 83 to the proposed leave of absence filed by defense attorney Erica Mason on Friday, February 25, 2022 seeking a leave for 5 months. [Docket no. 203]. The Plaintiffs object on the following grounds:

1.     Defense counsel violated Local Rule 83.1(E)(4) because she failed to file a motion and evidence showing cause for leave for the extreme period of time in issue. Defense counsel instead filed a proposed leave of 5 months (more than 21 days) in standard form and thereby failed to satisfy her burden.

2.     Defense counsel further violated Local Rule 83.1(E)(4) because the proposed leave of absence is untimely. In the first instance, defense counsel filed

it on February 25, 2022 with a retroactive commencement date of February 15, 2022.  Second, the proposed leave of absence does not provide advance notice of a period of ten (10) days for opposing counsel to object.

3.     The only apparent purpose of the proposed, extremely long leave of absence is to create a delay in the proceedings.  Defense counsel filed the proposed leave for a period of 5 months shortly after the Plaintiffs' counsel jointly submitted to the Defendants' counsel a proposed consent motion and consent order setting deadlines for the parties to conclude any desired discovery and deadlines for filing dispositive motions.  The only rational inference that can be drawn from the filing of the discrepant leave of absence in close temporal relation to the submission of the proposed motion and order is that its intended purpose is delay.

4.     Defense counsel Erica Mason, the proponent of the discrepant leave of absence, is not the only counsel of record for the Defendants in this civil action or other FLSA actions pending against the Defendants.  Defense counsel's law firm, Akerman, LLP, has approximately 700 attorneys and has more than enough manpower to cover the case during the leave of absence of any attorney and a leave of absence that results in a five month [approximately 150 day] delay in the proceedings should not be granted under any circumstances.  If defense counsel is

granted any leave of absence for any period of time under any filing, the leave should not delay the proceedings in this civil action.

5.     The Plaintiffs' counsel of record in this filing include attorneys that recently appeared in this civil action for the first time.  The Plaintiffs' counsel jointly communicated with Defendants' counsel regarding a consent motion and consent order to set deadlines to conclude discovery and for the filing of dispositive motions.  The Defendants' counsel have not yet provided the courtesy of a response to the inquiry and instead filed the discrepant leave of absence.  Thus, if the Defendants' counsel will not cooperate with Plaintiffs' counsel on scheduling matters, the Plaintiffs will be forced to file a motion for the entry of an order setting deadlines for the completion of discovery and the filing of dispositive motions.

     This 1st day of March, 2022.

                                           Dudley Law, LLC

                                           */s/ Ainsworth G. Dudley*                           .
                                           Ainsworth G. Dudley, Ga. Bar No. 231745
                                           Counsel for Plaintiffs

4200 Northside Parkway
Bldg. 1, Ste. 200
Atlanta, GA 30327
Tel.: 404-687-8205
adudleylaw@gmail.com

|  |  |
|---|---|
|  | Vince Tilley, P.C. |
|  | */s/   Vincent M. Tilley*<br>Vincent M. Tilley, Ga. Bar No. 712237<br>Counsel for Plaintiffs |
| Suite 200<br>1870 The Exchange<br>Atlanta, GA 30339<br>Tel.: (770)-989-7334<br>vince@tilleylaw.net |  |
|  | G. Roger Land & Associates |
|  | */s/ Mitchell Graham*                             .<br>Mitchell Graham, Ga. Bar No. 121079<br>Counsel for Plaintiffs |
| Suite 200, Building 1<br>4200 Northside Parkway<br>Atlanta, GA 30327<br>Tel. (404)-237-2500<br>mitchell@lawnet.org |  |
|  | Delong Caldwell Bridgers Fitzpatrick & Benjamin, LLC |
|  | */s/ Matthew Herrington*                        .<br>Matthew Herrington, Ga. Bar No. 275411<br>Counsel for Plaintiffs |
| 2650 Centennial Tower<br>101 Marietta Street<br>Atlanta, Georgia 30303<br>Tel.: (404)-979-3150<br>matthew.harrington@dcbflegal.com |  |

4

## CERTIFICATE OF SERVICE

The undersigned counsel for the Plaintiffs certifies that on this date he filed the attached and foregoing *Plaintiffs' Objections To Proposed Leave Of Absence* via the electronic filing and case management system which automatically generated and served a true and correct copy on all counsel of record.

This 1st day of March, 2022.

                                                    Vince Tilley, P.C.

                                                   */s/   Vincent M. Tilley*
                                                   Vincent M. Tilley, Ga. Bar No. 712237
                                                   Counsel for Plaintiffs

Suite 200
1870 The Exchange
Atlanta, GA 30339
Tel.: (770)-989-7334
vince@tilleylaw.net