UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATOYA BECTON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WBY, INC d/b/a FOLLIES, et al.,<br><br>    Defendants. | CIVIL ACTION<br><br>FILE NO. 1:16-CV-4003-MLB |

**PLAINTIFFS' MOTION TO LIFT THE STAY, TO ENTER A MODIFIED SCHEDULING ORDER, AND TO SET A DEADLINE FOR FILING DISPOSITIVE MOTIONS**

### I.   THE RELIEF REQUESTED.

The Plaintiffs[1], by and through the undersigned counsel, move this Court under its inherent powers to control its proceedings and Fed. R. Civ. P. 6 and 16 to lift the stay of this case, to enter a modified scheduling order, and to set a deadline for the parties to file dispositive motions.

### II.   SUMMARY OF THE GROUNDS FOR THE MOTION.

The Plaintiffs move this Court on the following grounds:

---

[1] This Motion is filed by all Plaintiffs except Hailey Lytle who is represented by separate counsel.

1. The Court entered the Scheduling Order in this case on January 22, 2020 which established a discovery period that expired on July 10, 2020.  (Docket No. 77).

2. The parties engaged in extensive written discovery during the initial discovery period, including the exchange of multiple sets of interrogatories and requests for production of documents.  The parties also took more than a combined 40 depositions.

3. On July 2, 2020, this Court granted Plaintiff's motion to extend the discovery until September 30, 2020.  (Docket No. 142).

4. On September 14, 2020, this Court again extended the discovery period through December 30, 2020.  (Docket No. 163).  The Court noted that "no further [discovery] extensions will be granted."  (Id.)  The extended discovery period expired on December 30, 2020.  (Id.)

5. The Court referred the case for mediation by Magistrate Judge Catherine Salinas.  (Docket No. 178).

6. The Court entered an order staying the case.  (Docket No. 181).

7. The Court entered an order for mediation of the case.  (Docket No. 187).

8. The parties mediated the case extensively but did not reach a resolution. The magistrate judgment therefore entered an order terminating the mediation. (Docket No.191).

9. Additional attorneys filed their notices of appearance for the Plaintiffs in late 2021 and early 2022. (Docket Nos. 194, 201).

10. The Court has not entered an order lifting the stay or setting a deadline for the filing of dispositive motions.

11. Entering one or more orders lifting the stay, modifying the scheduling order, and setting a deadline for dispositive motions is in the interest of justice and judicial economy and will allow the Court to narrow down the remaining legal issues.

WHEREFORE, the Plaintiffs request that this Court grant their motion and enter one or more order granting the relief requested.

The undersigned complied with the Local Rules for format and font.

This 21st day of March, 2022.

                                            Dudley Law, LLC

                                            */s/ Ainsworth G. Dudley*
                                            Ainsworth G. Dudley, Ga. Bar No. 231745
                                            Counsel for Plaintiffs

4200 Northside Parkway
Bldg. 1, Ste. 200
Atlanta, GA 30327
Tel: 404-687-8205
E-mail: adudleylaw@gmail.com

        Vince Tilley, P.C.

        */s/   Vincent M. Tilley*
        Vincent M. Tilley, Ga. Bar No. 712237
        Counsel for Plaintiffs

Suite 200
1870 The Exchange
Atlanta, GA 30339
Tel.: (770)-989-7334
E-mail: vince@tilleylaw.net

## CERTIFICATE OF SERVICE

The undersigned counsel for the Plaintiffs certifies that on this date he filed the attached and foregoing *Plaintiffs' Motion To Lift Stay* via the electronic filing and case management system which automatically generated and served a true and correct copy on all counsel of record.

This 21st day of March, 2022.

                                            Vince Tilley, P.C.

                                            */s/   Vincent M. Tilley*
                                            Vincent M. Tilley, Ga. Bar No. 712237
                                            Counsel for Plaintiffs

Suite 200
1870 The Exchange
Atlanta, GA 30339
Tel.: (770)-989-7334
vince@tilleylaw.net