```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION

LATOYA BECTON, et al.,          *
                                *
     Plaintiffs,                *
                                *
v.                              *   CIVIL ACTION FILE
                                *   NO. 1:16-CV-04003-MLB
WBY, INC., et al.,              *
                                *
     Defendants.                *
```

**DISCOVERY CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5.4 of the Local Rules of the Northern District of Georgia, the undersigned counsel for Defendants, K. Prabhaker Reddy, hereby certifies that on September 23, 2022, he served **DEFENDANT WBY, INC.'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS**, and **DEFENDANT WBY, INC.'S SECOND INTERROGATORIES TO THE PLAINTIFFS** by email to the following counsel of record:

```
                Ainsworth G. Dudley
                  DUDLEY LAW, LLC
                4200 Northside Parkway
               Building One, Suite 200
                Atlanta, Georgia 30327
           Email: adudleylaw@gmail.com

                 Vincent M. Tilley
                 VINCE TILLEY, P.C.
                      Suite 200
                   1870 The Exchange
                Atlanta, Georgia 30339
            Email: vince@tilleylaw.net
```

```
                    Mitchell Graham
              G. Roger Land & Associates
              4200 Northside Parkway, NW
                 Building 1, Suite 200
                 Atlanta, Georgia 30327
```
**Email: mitchell@lawnet.org**

```
                Charles Ronald Bridgers
               Matthew Wilson Herrington
     DeLong Caldwell Bridgers Fitzpatrick & Benjamin, LLC
                101 Marietta Street, NW
                  2650 Centennial Tower
                 Atlanta, Georgia 30303
```
**Email: charlesbridgers@dcbflegal.com**
**Email: matthew.herrington@dcbflegal.com**

Respectfully submitted this <u>13th</u> day of February 2023.

**THE REDDY LAW FIRM, P.C.**

/s/K. Prabhaker Reddy
K. PRABHAKER REDDY
Attorney for Defendants
Georgia Bar No. 597320
THE REDDY LAW FIRM, P.C.
1325 Satellite Boulevard
Suite 1506
Suwanee, Georgia 30024
Telephone: (678) 629-3246
Facsimile: (678) 629-3247
Email: kpr@reddylaw.net